UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>THE UNITED STATES DEPARTMENT OF JUSTICE, and LORETTA LYNCH, in her official capacity as Attorney General of the United States,<br><br>　　　　　　　Defendant. | No.  16-cv-00538<br><br>CORPORATE DISCLOSURE STATEMENT |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for plaintiff Microsoft Corporation certifies that Microsoft has no parent corporation and no publicly held corporate entity owns more than ten percent of the issued and outstanding shares of Microsoft Corporation.

　　　　DATED this 14th day of April, 2016.

　　　　　　　　　　　　　　　　　　　　Davis Wright Tremaine LLP
　　　　　　　　　　　　　　　　　　　　Attorneys for Microsoft Corporation

　　　　　　　　　　　　　　　　　　　　By *s/ Stephen M. Rummage*
　　　　　　　　　　　　　　　　　　　　　　Stephen M. Rummage, WSBA #11168
　　　　　　　　　　　　　　　　　　　　　　Ambika K. Doran, WSBA #38237
　　　　　　　　　　　　　　　　　　　　　　1201 Third Avenue, Suite 2200
　　　　　　　　　　　　　　　　　　　　　　Seattle, WA  98101-3045
　　　　　　　　　　　　　　　　　　　　　　Phone: 206-622-3150, Fax: 206-757-7700
　　　　　　　　　　　　　　　　　　　　　　E-mail: steverummage@dwt.com
　　　　　　　　　　　　　　　　　　　　　　E-mail:  ambikadoran@dwt.com

CORPORATE DISCLOSURE STATEMENT (No. 16-cv-00538) - 1
DWT 29307562v1 0025936-002444

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax