# United States District Court
# Western District of Washington

| Microsoft Corporation | |
|---|---|
| Plaintiff(s) | Case Number: 2:16-cv-00538-JLR |
| V. | |
| The United States Department of Justice, and Loretta Lynch, in her official capacity as Attorney General of the United States | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| Defendant(s) | |

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, Laura R. Handman hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Microsoft Corporation

The particular need for my appearance and participation is:

Co-counsel on behalf of Microsoft in its declaratory judgment action against the United States Department of Justice and Loretta Lynch, in her official capacity as Attorney General, in the above-styled case

I, Laura R. Handman understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: Apr 15, 2016     Signature of Applicant: s/ Laura R. Handman

Pro Hac Vice Attorney Applicant's Name: Laura R. Handman

Law Firm Name: Davis Wright Tremaine LLP

Street Address 1: 1919 Pennsylvania Avenue, N.W.

Address Line 2: Suite 800

City: Washington     State: District of Columbia     Zip: 20006

Phone Number w/ Area Code: 202-973-4200     Bar # 444386     State: District of Columbia

Primary E-mail Address: laurahandman@dwt.com     Secondary E-mail Address: marnishapiro@dwt.com

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Laura R. Handman is unable to be present upon any date assigned by the court.

Date: Apr 15, 2016     Signature of Local Counsel: s/ Stephen M. Rummage

Local Counsel's Name: Stephen M. Rummage     Bar # 11168

Law Firm Name: Davis Wright Tremaine LLP

Street Address 1: 1201 Third Avenue

Address Line 2: Suite 2200

City: Seattle     State: Washington     Zip: 98101

Phone Number w/ Area Code  Example: 999-999-9999: 206-757-8136

## Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11. Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Members of the court's systems staff will assess the risk and advise you accordingly.

4. By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons. This provision *does* include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the court-issued password. You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

6. By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

| s/ Laura R. Handman | Apr 15, 2016 |
|---|---|
| **Signature**  (use an "s/" and type your name) | **Date Signed** |