# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON (SEATTLE)

MICROSOFT CORPORATION;

Initial Plaintiff,

LISA F. WALLACE, a developmentally disabled person,
by and through her brother, STEPHEN P. WALLACE;
STEPHEN P. WALLACE, individually;
and All Interested Parties Similarly Situated,

Additional Victim Plaintiffs,

v.

UNITED STATES DEPARTMENT OF JUSTICE;
US ATTORNEY GENERAL LORETTA LYNCH;

Defendants,

FISA US JUDGE CLAIRE V. EAGAN; <Bivens Act>
US JUDGE GREGORY K. FRIZZELL; <Bivens Act>
US SENATOR JAMES M. INHOFE; <Bivens Act>
        Additional Predicate/Predator Actors.

CASE NO. 16-cv-00538 *JLR*

**INTERESTED PARTIES, PURSUANT TO [*TITLE 28, USC; SECTION 2201*], EMERGENCY MOTION TO INTERVENE FOR DECLARATORY JUDGMENT UNDER "*BIVENS CLAIM*" VIOLATIONS UNDER THE FOURTH AMENDMENT [AND] UNDER [*TITLE 18, USC; SECTIONS 241 & 242*]; <u>CONSPIRACY AGAINST RIGHTS</u> AND <u>DEPRIVATION OF RIGHTS UNDER COLOR OF LAW</u>, WITH BRIEF IN SUPPORT**

1 VICTIM Movants have been intentionally, with <u>outrageous Malice & Forethought</u>, deprived all their US Constitutional Guaranteed Rights to Life, Liberty and Pursuit of Happiness by the Additional Predicate/Predator Actors-in-Collusion to covertly "embezzle/convert" Victims of their [$40+ million Irrevocable Spendthrift Trust Estate], with their "Legal KLAN HANDLERS", Inducing LISA's "*Terminal FAILURE TO THRIVE*", and *attempting (3) times to Murder Stephen*.

2 Enclosed is the email sent to US Attorney General Lynch on **_May 11, 2016,_** documenting the "interstate compounding of Felonies" by "*rogue Federal Actors, et al., <u>under color of law</u>*".

3 That "rogue Federal Actor, Claire Eagan", has covertly utilized her [FISA STATUS] to collude with co-conspirator "rogue Federal Actor, Gregory Frizzell", et al., to "hack ALL of Stephen's private **MICROSOFT E-Mail Accounts**, and **_every Cell Phone_** of Stephen's since taking [FISA] **Appointment** in _February, 2013._ (see enclosures)

4 That those Accounts to be "verified by MICOSOFT" include, but not limited to:
   a) _Lisa-Steve Wallace@outlook.com_; WallaceEstate@outlook.com; DCVisionTech@hotmail
      Legion-of-Decency@outlook; WallyaMundo@hotmail; IndependentJustice @outlook;

5 That US Senator Inhofe is covertly "complicit" as his former "_GUARANTY ABSTRACT_ CO., has been the "**_Laundering Conduit_**" to "sanction all criminal Liquidations", via "**_FORGED DEEDS_**" aka "**VOID ABINITIO**", of VICTIM's "unique and irreplaceable large commercial Realty tracts and the extensive Oil & Gas Reserves lying thereunder".

6 That the USDOJ has had "JUDICIAL NOTICE & ACTUAL KNOWLEDGE" of these alleged "criminal & Civil RICO Claims" since "pauperis/pro se VICTIMS initiated [Removal from State Court] to DC USDC under **_[Title 28, USC; Section 1441(b)]_** in: [Case #:06-cv-1264, resulting in Appeal [**_Case #:08-7124_**]; [**_06-cv-1817_**]; and [Case #:**_06-cv-1234_**], all **DENIED DUE PROCESS**.

7 That since 2003, VICTIM's have been criminally **DENIED ANY ACCOUNTING** (Forensic) of what MONIES; KICK-BACKS & Sham Holdings of Victim's Assets by said "rogue Federal Actors" and their Legal KLAN HANDLERS.

WHEREFORE, all irrefutable premises considered as true, under penalty of perjury, Victim's "Urgently Move this Court to issue, **_sua sponte_**, a **Declaratory Judgment**":
   a) Appointment of a RECEIVER PENDENTE LITE in Seattle, to HOLD All Wallace Family Assets to foreclose Predicate/Predator Actors from more Liquidation of the Estate as their "**_sham Criminal Defense Fund_**";
   b) Appointment of the **Provident Trust Company**, via its Chairman, Edson Bridges II, to Interim Trustee;
   c) Appointment of **Dana F. Cole & Co.**, to conduct the Forensic Audit, which will "certify All Reparations due the US Government for US Tax Evasion; Interstate Financial Fraud; Identity Theft and Forged Deeds, and all "exemplary/punitive" Restitutions due Victims under BIVENS CLAIMS.
      Via USPS Priority Mail

Respectfully submitted this 13th day of May, 2016

cc: Davis Wright & Tremaine
    Provident Trust-Edson Bridges II
    USDOJ

_Stephen Wallace_

Stephen P. Wallace – Victim's Advocate
1116 Sheffer Road   Apt. F
Aurora, Illinois 60505
(847) 826-8506



(https://www.cornell.edu)Cornell University Law School (http://www.lawschool.cornell.edu/)Search Cornell (https://www.cornell.edu/search/)

U.S. Code (/uscode/text) › Title 28 (/uscode/text/28) › Part VI (/uscode/text/28/part-VI) › Chapter 151 (/uscode/text/28/part-VI/chapter-151) › § 2201

# 28 U.S. Code § 2201 - Creation of remedy

Current through Pub. L. 114-38 (http://www.gpo.gov/fdsys/pkg/PLAW-114publ38/html/PLAW-114publ38.htm). (See Public Laws for the current Congress (http://thomas.loc.gov/home/LegislativeData.php?n=PublicLaws).)

**US Code (/uscode/text/28/2201?qt-us_code_temp_noupdates=0#qt-us_code_temp_noupdates)**

**Notes (/uscode/text/28/2201?qt-us_code_temp_noupdates=1#qt-us_code_temp_noupdates)**

prev (/uscode/text/28/2113) | next (/uscode/text/28/2202)

**(a)** In a case of actual controversy within its jurisdiction, except with respect to Federal taxes other than actions brought under section 7428 of the Internal Revenue Code of 1986, a proceeding under section 505 (/uscode/text/11/505) or 1146 (/uscode/text/11/1146) of title 11 (/uscode/text/11), or in any civil action involving an antidumping or countervailing duty proceeding regarding a class or kind of merchandise of a free trade area country (as defined in section 516A(f)(10) of the Tariff Act of 1930), as determined by the administering authority, any court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought. Any such declaration shall have the force and effect of a final judgment or decree and shall be reviewable as such.

**(b)** For limitations on actions brought with respect to drug patents see section 505 or 512 of the Federal Food, Drug, and Cosmetic Act, or section 351 of the Public Health Service Act.

(June 25, 1948, ch. 646, 62 Stat. 964 (http://uscode.house.gov/statviewer.htm?volume=62&page=964); May 24, 1949, ch. 139, § 111, 63 Stat. 105 (http://uscode.house.gov/statviewer.htm?volume=63&page=105); Aug. 28, 1954, ch. 1033, 68 Stat. 890 (http://uscode.house.gov/statviewer.htm?volume=68&page=890); Pub. L. 85–508, § 12(p) (http://www.gpo.gov/fdsys/browse

## U.S. Code Toolbox

LII on your phone:



(https://itunes.apple.com/us/app/lawlibe/id403807492)
Law about... Articles from Wex (/wex/wex_articles)
Download the PDF (2 pgs)  (https://www.law.cornell.edu/uscode/pdf/uscode28/lii_usc_TI_28_PA_VI_CH_151_SE_2201.pdf)
Title 28 USC, RSS Feed  (https://www.law.cornell.edu/uscode/rss/usc_update_28.rss)
Table of Popular Names (/topn)
Parallel Table of Authorities (/ptoa)

## Find a Lawyer

**Lawyers near Downers Grove, Illinois**
Lawyers: get listed for free! (https://lawyers.justia.com/signup?ref=cornell)

(https://lawyers.law.cornell.edu/lawyer/jacob-radecki-1515471)
**Jacob Radecki (https://lawyers.law.cornell.edu/lawyer/jacob-radecki-1515471)**

Personal Injury, Nursing Home Abuse & Neglect, Medical Malpractice
Chicago, IL
gold Badge

# Current Membership - Foreign Intelligence Surveillance Court

| Judge | Judicial District /Circuit | Date Designated | Term expires |
|---|---|---|---|
| Thomas F. Hogan (Presiding) | District of Columbia / D.C. | May 19, 2009 | May 18, 2016 |
| James E. Boasberg | District of Columbia / D.C. | May 19, 2014 | March 18, 2021 |
| Rosemary M. Collyer | District of Columbia / D.C. | March 8, 2013 | March 7, 2020 |
| Rudolph Contreras | District of Columbia / D.C. | May 19, 2016 | May 18, 2023 |
| Anne C. Conway | Middle District of Florida / 11th | May 19, 2016 | May 18, 2023 |
| Raymond J. Dearie | Eastern District of New York / 2nd | July 2, 2012 | July 1, 2019 |
| Claire V. Eagan | Northern District of Oklahoma / 10th | February 13, 2013 | May 18, 2019 |
| Martin L.C. Feldman | Eastern District of Louisiana / 5th | May 19, 2010 | May 18, 2017 |
| James P. Jones | Western District of Virginia /4th | May 19, 2015 | May 18, 2022 |
| Michael W. Mosman | District of Oregon / 9th | May 04, 2013 | May 03, 2020 |
| Thomas B. Russell | Western District of Kentucky / 6th | May 19, 2015 | May 18, 2022 |
| F. Dennis Saylor IV | District of Massachusetts / 1st | May 19, 2011 | May 18, 2018 |
| Susan Webber Wright | Eastern District of Arkansas/ 8th | May 19, 2009 | May 18, 2016 |

 
Home | Sitemap

# History of the Federal Judiciary

Judges of the United States Courts

- **Biographical Directory of Federal Judges**

- Bankruptcy Judgeships

- Magistrate Judgeships

- Impeachments of Judges

- Unsuccessful Nominations and Recess Appointments

- Judicial Salaries

- Milestones of Judicial Service

- Diversity on the Bench

- A Guide to Preservation of Judges' Papers (PDF)

Courts, Caseloads, and Jurisdiction

Teaching and Civic Outreach Resources

Historic Federal Courthouses

The Judicial Branch: Administration, Staff, and Legislation

Federal Court Historical Programs

## Biographical Directory of Federal Judges

### Frizzell, Gregory Kent

Born 1956 in Wichita, KS

**Federal Judicial Service:**
Judge, U.S. District Court, Northern District of Oklahoma
Nominated by George W. Bush on January 9, 2007, to a seat vacated by Sven E. Holmes. Confirmed by the Senate on February 1, 2007, and received commission on February 2, 2007. Served as chief judge, 2012-present.

**Education:**
University of Tulsa, B.A., 1981
University of Michigan Law School, J.D., 1984

**Professional Career:**
Law clerk, Hon. Thomas R. Brett, U.S. District Court, Northern District of Oklahoma, 1984-1986
Private practice, Tulsa, Oklahoma, 1986-1995
General counsel, Oklahoma Tax Commission, 1995-1997
Judge, Oklahoma District Court, Fourteenth Judicial District, 1997-2007

Nominated to U.S. District Court for the Northern District of Oklahoma, June 7, 2006; no Senate vote

Submit Questions About Judicial History

 

Home | Sitemap

# History of the Federal Judiciary

Judges of the United States Courts

- **Biographical Directory of Federal Judges**
- Bankruptcy Judgeships
- Magistrate Judgeships
- Impeachments of Judges
- Unsuccessful Nominations and Recess Appointments
- Judicial Salaries
- Milestones of Judicial Service
- Diversity on the Bench
- A Guide to Preservation of Judges' Papers (PDF)

Courts, Caseloads, and Jurisdiction

Teaching and Civic Outreach Resources

Historic Federal Courthouses

The Judicial Branch: Administration, Staff, and Legislation

Federal Court Historical Programs

## Biographical Directory of Federal Judges

### Eagan, Claire

Born 1950 in Bronx, NY

**Federal Judicial Service:**
Judge, U.S. District Court, Northern District of Oklahoma
Nominated by George W. Bush on September 4, 2001, to a seat vacated by Thomas Rutherford Brett. Confirmed by the Senate on October 23, 2001, and received commission on October 24, 2001. Served as chief judge, 2005-2012.

U.S. Magistrate Judge, U.S. District Court, Northern District of Oklahoma, 1998-2001

**Education:**
Trinity College (now Trinity Washington University), B.A., 1972
Fordham University School of Law, J.D., 1976

**Professional Career:**
Law clerk, Hon. Allen E. Barrow, U.S. District Court, Northern District of Oklahoma, 1976-1978
Private practice, Oklahoma, 1978-1998

Nominated to U.S. District Court for the Northern District of Oklahoma, August 2, 2001; no Senate vote

Submit Questions About Judicial History



(/)

(http://ads.newsbtc.com/www/delivery
/ck.php?oaparams=2__bannerid=201__zoneid=42__cb=c7d57ec58d__oadest=http%3A%2F
%2Fwww.easymarkets.com%2Fgtw%2F6279274.aspx)

🏠 (/) /
Company News (/news/company-news) / News (/news/news) / Technology News (/news/technology-news) / World
News (/news/world-news)
/ Microsoft (MSFT) Files Charges vs. U.S. Gov't, DOJ for Abuse of Authority Over Data Requests



# Microsoft (MSFT) Files Charges vs. U.S. Gov't, DOJ for Abuse of Authority Over Data Requests

POSTED BY 👤 CHRIS MIRANDA (/AUTHOR/JET-ENCILA/) ON ⏱ APRIL 15, 2016 AT 9:10 AM

[f Share]  [🐦 Tweet]  [G+ Share]  [in Share]  [📌 Share]  [✉ Mail]  [↗ Share]

**fxpips.com – Microsoft Corp (NASDAQ: MSFT) has filed charges against the United States government
over a federal law that lets federal agents to view their emails without their knowledge. It is the latest in a
series of clashes between the tech industry and U.S. officials over individual privacy rights.**

The lawsuit, which was filed Thursday in a Seattle federal district court, argues that the federal government is
infringing on the U.S. Constitution by prohibiting Microsoft (MSFT) from notifying thousands of clients regarding
federal requests for their emails and other documents.

Law enforcement authorities are asking for freedom to look at a treasure trove of data, which includes photos,
emails, and even bank accounts — that clients are keeping on electronic devices and via so-called "cloud"
computing networks.

The U.S. government's latest move contradicts the 4th Amendment, which establishes the right for people and
businesses to know if federal agents are searching their private property, the suit argues, and Microsoft's 1st

Amendment right to free speech.

According to Microsoft, the U.S. Department of Justice is taking advantage of the 1986 Electronic Communications Privacy Act, which lets federal officials to obtain court orders that require it to turn over customer files stored on the company's computer servers, while in some cases preventing the firm from informing the client.

Microsoft further stressed that "People do not give up their rights when they transfer their private data from physical storage to the Cloud," adding that the U.S. government "has abused the transition to cloud as a way of expanding its authority to launch covert investigations."

*Sharing is caring!*

**f** Share    **Tweet**    G+ Share    in Share    Share    ✉ Mail    Share

You may also like:

**Bitcoin Continues Strong Rally, Hits New High at $370**

**These Stocks are Gapping Down Today – ABTL, BSQR, PLG, IMPV, XENT, UNXL, KMPH, SQ, ENDP, FEYE**

**NASDAQ Ten Most Declined Shares - VRSN, CTCT, CSII, ADNC, PCAR, BDBD, BLDP, SCTY, EA, Z**

**Stock Market Top Losers Pre-market – Bob Evans Farms, Abercrombie& Fitch, Energy XXI, Fastenal Company, Tesaro**

**BSPM, OPXA<!--:--> <!--:zh-->BIGGEST GAINERS Today After-Hours – SONS, YRCW, MMS, REGI, SGOC, ANAC, SYUT, NXTM, AMRN, DVR, BSPM, OPXA<!--:-->**

**Active Stocks on Sharp Decline - KEN, CPK, CACQ, OMAM, CDXS, SCSS, PERI**

**Inc<!--:--> <!--:zh-->AFTER HOURS Top Gainers – Rambus Inc, Nevsun Resources, Exelixis Inc, Coldwater Creek Inc, ViroPharma Inc<!--:-->**

**NYSE Shares Bought by Insiders Today**



## About Chris Miranda

Chris writes mostly about the latest in the stock market, finance, tech and business. View all posts by Chris Miranda → (/author/jet-encila/)

## Leave a Comment

You must be logged in (/wp-login.php?redirect_to=http%3A%2F%2Fwww.fxpips.com%2Fmicrosoft-msft-files-charges-vs-u-s-govt-doj-for-abuse-of-authority-over-data-requests%2F) to post a comment.



alpari    **XTRADE** ONLINE CFD TRADING

(//alpari.com/)    (//www.xtrade.com/aff-track/?aid=2621&lang=19&destination=141)

(https://www.easymarkets.com/gtw/6279274.aspx)

**Top Forex Brokers**    Top Binary Brokers

USLegal Home Legal Topics USLegal Sites
U.S. Legal Home
Search All of USLegal
Home About Definitions A-Z List Search Definitions Request a Definition

USLegal » Legal Definitions Home » B » Bivens Claim Law & Legal Definition

Toll Free 1-877-389-0141 Contact SiteMap

**Need Legal Forms? – USLegalforms is TopTen Reviews Winner**
Choose Wills, Power of Attorney, Living Wills, Real Estate Forms, Landlord Tenant Forms, Corporate and thousands of others.

## Bivens Claim Law & Legal Definition

## DUI Evaluation $75.00

careclinicsinc.com

County approved and state
licensed Se Habla Espanol

Bivens Claim refers to a judicially created Constitutional claim which is outside the purview of the Federal Tort Claims Act. It is named after the decision in Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388, 423 (U.S. 1971). In this case, the court held that the Congress should develop an administrative or quasi-judicial remedy against the government itself to afford compensation and restitution for persons whose Fourth Amendment rights have been violated. It further recommended that Congress could enact a statute along the following lines:

(a)a waiver of sovereign immunity as to the illegal acts of law enforcement officials committed in the performance of assigned duties;

(b) the creation of a cause of action for damages sustained by any person aggrieved by conduct of governmental agents in violation of the Fourth Amendment or statutes regulating official conduct;

(c) the creation of a tribunal, quasi-judicial in nature or perhaps patterned after the United States Court of Claims, to adjudicate all claims under the statute;

(d) a provision that this statutory remedy is in lieu of the exclusion of evidence secured for use in criminal cases in violation of the Fourth Amendment; and

(e) a provision directing that no evidence, otherwise admissible, shall be excluded from any criminal proceeding because of violation of the Fourth Amendment.

Prior to this judicial decision there was little effective recourse to blatant constitutional violations by federal agents and authorities.

**Definition List**

Bivens Action
Bituminous Coal Conservation Act
Biting Rule
Bishop of Diocese
Bisexual
» Bivens Claim
Biweekly Mortgage
Black Act
Black Bass Conservation and Management
Black Box Voting
Black Box Warning

**Related Terms**

Terms with 'Bivens' or 'Claim'
Accrual of a Contract Claim
Actionable Invasion of Privacy Claim
Administrative Expense Claim
Adverse Claim
Adverse Claim on Security
Barred Claim
Benefit Claim
Benefit of Insurance Claim
Bivens Action
Broad Claim

**More Resources from USLegal, Inc.™**
» USLegalforms.com - Find virtual any form you may need for your State.
» Find a Lawyer - Choose from lawyers that are ready to assist.
» Ask a Legal Question - Get answers from lawyers.
» Law Store - Books, Guides, etc. Sell your products as well.
» Join our Mailing List - Join and learn how USLegal is changing the legal landscape.
» USLegal Home - Thousands of legal topics and help.


USLEGAL  **Do It Yourself Legal Forms**
USLEGALFORMS.COM  **Over 36,000 Available**

5/27/2014 9:47 AM

New    Reply    Delete                          S. Paul Wallace 

Search Sent

## Folders

**Inbox**  315

Archive

Junk

Drafts  5

Sent

Deleted

New folder

# USDOJ URGENT DEMAND FOR INTERVENTION

 S. Paul Wallace      5/11/2016  Documents
To: US Attorney General Lynch USDOJ Cc: US Senator Grassley Judiciary Ch

From:  **S. Paul Wallace** (independentjustice@outlook.com)
Sent:  Wednesday, May 11, 2016 7:51:11 PM
To:    US Attorney General Lynch USDOJ (currie.gunn@usdoj.gov)
Cc:    US Senator Grassley Judiciary CHAIR (delisa_lay@judiciary-rep.senate.gov); US Rep
       Sensenbrenner Former Judiciary CHAIR (matthew.holsen@mail.house.gov); Provid
       Edson Bridges II (mmason@bridgesinv.com)
Bcc:   BUNNY (bunny.jackson@yahoo.com); Leola (leola.farmer@farmercommercial.com

 1 attachment (6.1 MB)                                        Outlook.com



image.pdf

Download as zip    Save to OneDrive

 scanstation@dglibrary.org   Add to contacts   5/11/2016  Docume
Hello, The attachment is the image(s) scanned by SimpleScan St

© 2016 Microsoft    Terms    Privacy & cookies    Developers    English (United State

**Stephen P. Wallace - VICTIM**
**1116 Sheffer Road   Apt. F**
**Aurora, Illinois 60505**
**(847) 826-8506**
IndependentJustice@outlook.com

May 11, 2016

*US Attorney General Loretta Lynch*
**950 Pennsylvania Avenue, NW**
**Washington, DC**
**c/o** currie.gunn@usdoj.gov

### JUDICIAL NOTICE OF DELINQUENT RESPONSES DUE OF ON-GOING & PENDING USDOJ CRIMINAL INVESTIGATIONS ORIGINALLY FILED 1ST BY US SENATOR JAMES INHOFE; PREVIOUS ASSOCIATE US ATTORNEY GENERAL, TONY WEST; CHIEF OF STAFF, CINDY CHANG; USDOJ INSPECTOR GENERAL, MICHAEL HOROWITZ; US SENATOR MARK KIRK AND US AG LYNCH'S OFFICE UNDER F.O.I.A., COMPELLING VICTIMS TO SEEK URGENT INTERVENTION BY USDOJ FOR PROSECUTION OF PREDICATE ACTORS OF RECORD

1 That LAST Friday, **May 6, 2016**, Victim, Stephen Wallace, filed his **"Emergency Motions to Vacate and Disqualification of Trial Judge"** in the Eastern Virginia USDC in [**Case #: 16-cv-47**], @ (**Docket 17**), with [cc:] to USDOJ containing copies of "urgent communications" of **USDOJ Agents**, **US Senator Inhofe**, and your **Office**. (**see PACER**)

2 That enclosed are a portion of said communications in Chronological Order. (enclosures)

3 That the Chicago USDC **"EXECUTIVE COMMITTEE"** 1st illicitly intervened in my [REMOVAL FROM STATE COURT] of "sham proceedings" filed against my Downs syndrome sister, **LISA,** in USDC [**Case: 10-cv-06317**] (enclosed); then, **"sua sponte"**, filed [**Case #: 11-cv-00164**], illegally **"Threatening Criminal Prosecution/Incarceration (Habeas Corpus) to Gain a Civil Advantage"** for Defendants. (enclosed)

4 That my **EXTRAORDINARY WRIT** to **VACATE** the "**Void Abinitio ORDER**" in [**Case: 15-1168**] was then "**promptly DENIED**". (enclosed)

5 That VICTIM relentlessly sought his State Claims in Kane County, Illinois District Court, which another [Operation Greylord] was perpetrated, compelling Victim to seek a WRIT @ the Illinois Supreme Court, which resulted in filing a RICO/Civil Rights COMPLAINT in the Central IL. USDC in [**Case #: 15-cv-01486**], which the Chicago **Executive Committee** illicitly "**sanitized/altered**" the "**random re-assignment**" to the **Hon. Manish Shah**, the former US Attorney Criminal Chief who would have ordered a Grand Jury. (see PACER & enclosed deleted TRANSFER), compelling Victim to "**DISMISS UNDER DURESS**". Your Duty & Oath of Office mandate Urgent Intervention

cc: US Senator Grassley & US Congressman Sensenbrenner
Provident Trust Company

*Stephen Wallace*

**DANA F. COLE & COMPANY, LLP**
CERTIFIED PUBLIC ACCOUNTANTS
1248 O STREET, SUITE 500
LINCOLN, NEBRASKA 68508

December 8, 2003

Mr. Stephen P. Wallace
6528 East 101st, D-1, #304
Tulsa, OK 74133

Dear Stephen:

This letter will serve to confirm our understanding and agreement whereby you have retained our firm of certified public accountants to perform a forensic audit for certain trusts and a partnership established by Lorice T. Wallace or her deceased husband, Frank A. Wallace. This will outline the services you have asked our firm to perform and the terms under which we propose to do that work. We ask that you read this letter carefully because it is important to both you and our firm that we all understand what can reasonably be expected from our work. We want you to know the limitations of the services you have asked us to perform. If we have misunderstood your needs and requirements, just let us know.

This letter constitutes an agreement between Stephen P. Wallace and Dana F. Cole & Company, LLP, to perform a forensic audit for the entities listed below for the period December 31, 1989, or the inception of the entity, to December 31, 2003, and subsequent periods, if applicable. Our work may be very limited or unnecessary with regard to some of the entities listed. However, this determination will have to be made as the work progresses.

1. Frank A. Wallace Family Trust established at the death of Frank A. Wallace
2. Lorice T. Wallace Trust of 1974, as amended and Restated October 5, 1993, and amended on February 12, 1998
3. Lorice T. Wallace Irrevocable Trust of 1996 which serves as the general partner of the Lorice T. Wallace Family Limited Partnership
4. Lorice T. Wallace Irrevocable Trust of 1992, also known as the "Insurance Trust"
5. Lorice T. Wallace Family Limited Partnership
6. Stephen Paul Wallace Irrevocable Trust - 1974
7. Mary Roma Wallace Irrevocable Trust - 1974
8. Patricia Wallace Patton Irrevocable Trust - 1974
9. Lisa Frances Wallace Irrevocable Trust - 1974

Nebraska

Kansas

Missouri

Wyoming

www.danacole.com

Principal Office:
1248 O Street, Suite 500
Lincoln, NE 68508
402/479-9300
Fax 402/479-9315

Mr. Stephen P. Wallace
December 8, 2003
Page five

We appreciate the opportunity to be of service to you and believe this letter accurately summarizes the significant terms of our engagement. If you have any questions, please let us know. If you agree with the terms of our engagement as described in this letter, please sign the enclosed copy and return it to us along with your check for $25,000. This letter will continue in effect until canceled by either party. The enclosed copy is for your records.

Yours truly,

*Dianne K Halbelan*

DANA F. COLE & COMPANY, LLP

This letter correctly sets forth the understanding of Stephen P. Wallace.

By: *Stephen C. Wallace*

Stephen P. Wallace, vested beneficiary of the
Frank A. Wallace Trust established at the death
of Frank A. Wallace and the Lorice T. Wallace
Trust of 1974, as amended and Restated October 5,
1993, and amended on February 12, 1998. Limited
partner of the Lorice T. Wallace Family Limited
Partnership

*Judy Kaye Chamberlin*

"OFFICIAL SEAL"
Judy Kaye Chamberlin
Notary Public, State of Illinois
My Commission Expires Oct. 22, 2007

**JAMES M. INHOFE**
OKLAHOMA

WASHINGTON OFFICE
453 RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510–3603
(202) 224–4721

TULSA OFFICE
1924 South Utica, Suite 530
Tulsa, OK 74104
(918) 748–5111

OKLAHOMA CITY OFFICE
1900 NW Expressway, Suite 1210
Oklahoma City, OK 73118
(405) 608–4381

COMMITTEES
ARMED SERVICES
ENVIRONMENT AND
PUBLIC WORKS
INDIAN AFFAIRS

# United States Senate
WASHINGTON, DC 20510–3603

December 18, 2003

Mr. Stephen P. Wallace
6528 East 101st #D-1 304
Tulsa, Oklahoma 74133

Dear Mr. Wallace:

Thank you for forwarding a copy of the letter you sent to Senator Orrin Hatch and Senator James Talent regarding judicial corruption. I certainly appreciate your taking the time to share this information with me.

Even though I return to the state almost every weekend, I do not always have the opportunity to listen to everyone's ideas, concerns, and problems. These are always important, as they are the building blocks of Oklahoma's representation here in Washington. When you share these letters with me, you are sharing them with Congress and, in turn, the nation. Be assured that I will continue to monitor the situation you outlined in your letter. Please keep me updated regarding this situation.

Please feel free to continue sharing letters such as these with me in the future.

Sincerely,

James M. Inhofe
United States Senator

JMI:vp



# D. James Kennedy
A.B., M.Div., M.Th., D.D., D.Sac.Lit., Ph.D.,
Litt.D., D.Sec.Theol., D. Humane Let.

**Senior Minister**
Coral Ridge Presbyterian Church

**Chancellor**
Knox Theological Seminary

**President**
Evangelism Explosion
International

**President and Speaker**
Coral Ridge Ministries
Television and Radio

February 27, 2004

The Honorable James M. Inhofe
United States Senate
Washington, DC 20510

Dear Senator Inhofe:

I believe that both you and I have received the same letter from Stephen P.
Wallace of Tulsa, Oklahoma, concerning a relative, Lisa Wallace, who has
apparently been deprived of her rights of freedom of association and
attendance at church. Apparently there is a thirty million dollar family estate
involved, which certainly complicates the matter.

I am only asking that you and your staff look into the matter and see if any
wrong has been done, and if so, if there is any way that you might work to
correct it.

Sincerely in Christ,

D. James Kennedy, Ph.D.
Senior Minister

DJK/mab

Cc: Stephen P. Wallace\

5555 N. Federal Highway
Fort Lauderdale, FL 33308
Telephone: 954-334-5101
Fax: 954-771-2952
E-mail: mbunker@crpc.org
Internet: www.crpc.org



LISA

⟨2000⟩

BRIDGES INVESTMENT COUNSEL, INC.
8401 WEST DODGE ROAD, SUITE 256
OMAHA, NEBRASKA 68114-3453

TELEPHONE 402-397-1700
FACSIMILE 402-397-8617

May 24, 2004

Mr. William B. Harrison, Jr.
Chairman and Chief Executive Officer
J. P. Morgan Chase & Co.
270 Park Avenue
New York, NY 10017

Dear Mr. Harrison:

This letter is written on behalf of Stephen P. Wallace of Tulsa, Oklahoma. I am an investment adviser with residence and business in Omaha, Nebraska, where I have lived and practiced for 42 years. Our Firm is the continuation to the 208th registration with the Securities and Exchange Commission. There are approximately 60,000 registered investment advisers in the nation. I employ about 27 persons, and the Firm manages around $2 billion in client and trust customer assets. During my business career, I have started and successfully nurtured the first mutual fund organized under the laws of the State of Nebraska, a transfer agency business, and a state chartered trust company. These entities have business relationships in 27 states and several foreign countries. My secondary education was at Deerfield Academy in Deerfield, Massachusetts. I graduated Summa Cum Laude from the University of Nebraska in June, 1954. While I was a student, I received a Phi Beta Kappa Key and other honors. I received an MBA from Harvard University in June, 1956, and I continued on the faculty at Harvard Business School as a research assistant to George P. Baker and James J. Hill, Professor of Transportation, who later became the Dean of the School and, subsequently, the Trustee in bankruptcy for the Penn Central Railroad.

Mr. Wallace has sent you a letter dated May 3, 2004, in which he wishes your attention regarding his family affairs with the Trust Division of Bank One, N.A., located in Tulsa. Mr. Wallace wished me to indicate to you that a private trust company under our care would be willing to act as a successor to Bank One, N.A. and Union Bank and Trust Company in Lincoln, Nebraska, as a potential receiver for assets held either at the Trust Company of Oklahoma on behalf of his mother or the Frank A. Wallace Revocable Trust dated December 27, 1974. The major asset inside the Lorice T. Wallace Revocable Trust is the Lorice T. Wallace Family Limited Partnership. This letter serves to express our agreement to serve in the successor capacities desired by Mr. Wallace and his sister Roma Jage.

**EXHIBIT**

**1**

MAY-24-04 15:47 FROM:BRIDGES INVESTMENT     ID:4023576817        PAGE  5/9

Mr. William B. Harrison, Jr.                    2                      May 24, 2004

In my 45 years as an investment counselor and 12 years as the manager of Provident Trust Company, I have never seen a situation that deserves someone somewhere to stand up and find out the facts and provide appropriate relief to family members as principal and income beneficiaries than the situation faced by the family of Frank A. Wallace, deceased, and Lorice T. Wallace, deceased.

Bank One has a supervising officer for trust departments in Oklahoma and Texas by the name of Mark Clemons. This individual is someone who thought there was sufficient conflict of interest in Tulsa to move the administration of the Frank A. Wallace Trust to Dallas, Texas, in early 2003. This individual is competent and, I believe, compassionate. He described how difficult cases were handled within the Bank One system when protective administrative actions should occur. For some reason, his thinking or voice has been lost, and an overbearing and hurtful condition continues for the two family members referenced earlier in this letter. I urge you to respond to Mr. Wallace, and even though your Bank is not yet merged with Bank One, you should use your influence with Mr. Dimon and others to at least find a responsive way to address the concerns and ways to assist principal beneficiaries of his father's trust.

Thank you for your consideration in this matter on behalf of the Wallace family. For my part, our organization or its investment adviser has probably donated $10,000 to $25,000 in administrative time to set up the Wallace relationships. We have also paid for independent attorneys to see whether or not there were merits that should be considered and whether or not our organization should accept the Wallace trusts. Our institution refuses to participate in any litigation. In this matter, my interest, and that of our personnel, are only desirous of finding ways to unify family members and to be peacemakers.

Sincerely,

Edson L. Bridges II, CFA
President

ELBII:kjs

## Real Estate Sale Approval Hearing of 8-26-05

I, A. Ladd Larson, certify that I am of age & competent to testify & that based on my notes & observations the following is a true & correct account of what I observed on August 26, 2005. I do this under penalty of law.

The case was regarding court approval of a sale of piece of property that had been represented to be in the Lorice T. Wallace Family Ltd. Partnership. The Trustees who act as Managing Partner for the Partnership requested the court approval of this sale.

At one point in the hearing it was brought up that Bank One must own some part of this property & that they weren't present & hadn't even been notified of the hearing. Since there seemed to be some question as to the ownership of this property Mr. Wallace & I went down stairs to the County Clerk's office & got a copy of the ownership of the property in question, during a short recess. It showed the property to be in the names of Frank & Lorice Wallace individually, not in trust & for certain not in the Family Ltd. Partnership.

When we got back to the courtroom Mr. Wallace gave the document to the court reporter to be entered into the record. He labeled it Wallace #1. This document created quite a stir in the courtroom. Moments earlier Mr. Melton seemed to be in a hurry to get somewhere else, but when he returned from the Judge's chambers he addressed Mr. Poe with the statement "I think we're in trouble".

Towards the end of the hearing Mr. Wallace asked to be sure the ownership document had actually been entered into the record. At that time Judge Frizzell informed Mr. Wallace that the title document was not in evidence because of some technicality & when Mr. Wallace requested again that it be entered & that I was a witness to how the document had been secured. Mr. Poe objected & Judge Frizzell sustained the objection. The Judge wanted to keep the ownership document, probably because it had been labeled by the court reporter, Wallace #1. Since it wasn't being allowed in the record Mr. Wallace took it back.

At that time the Judge approved the sale knowing full well that the parties asking for the approval of the sale didn't own any part of the property offered for sale.

*[notary seal:]* KIMBERLY P. DEARDORFF
Notary Public
State of Oklahoma
Commission # 91009980   Expires 7/16/09

Kimberly P. Deardorff
Notary Public

18, October, 2005

To whom it may concern,

I hereby certify, under penalty of law, that the following is a true and correct account of what I observed in Judge Frizzell's court on 26, August, 2005.

The case pending before the court was a request to approve the sale of certain property that was represented to be in the Lorice T. Wallace Family Limited Partnership. The Trustees for the Partnership had requested the court approval.

During a brief recess, Steve Wallace an heir went to the Tulsa County Assessor's office to see who was in title to the subject property. The records showed the title to the property was held individually by Mr. Wallace's parents and was clearly not under control of the Partnership. Mr. Wallace asked that this document, the ink still wet, be entered into the court record. Judge Frizzell denied the request under some technicality that the evidence had been offered improperly. Mr. Wallace requested again properly that it be entered. Mr. Poe objected and Judge Frizzell sustained the objection. Even after this document had been seen by the Judge, whether entered into evidence or not, he went on and approved the sale.

I have been in mortgage banking for my entire adult life. I was astounded that the Judge went ahead with the approval of the sale when it was clear that the trustees had no right to offer the property for sale. This was the most blatant example of judicial prejudice I have ever witnessed in my life.


_Donald W. Broome_
Donald W. Broome


State of Oklahoma
Oklahoma County

This document was acknowledged before me this 18th Day of October, 2005

_Notary signature_
Notary Public

WENDY WILLIAMS
Notary Public
State of Oklahoma
Commission # 00019395 Expires 12/02/08

JAMES M. INHOFE
OKLAHOMA

WASHINGTON OFFICE
453 RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510-3603
(202) 224-4721

TULSA OFFICE
1924 SOUTH UTICA, SUITE 530
TULSA, OK 74104
(918) 748-5111

OKLAHOMA CITY OFFICE
1900 N.W. EXPRESSWAY, SUITE 1210
OKLAHOMA CITY, OK 73118
(405) 608-4381

COMMITTEES:
ARMED SERVICES

ENVIRONMENT AND
PUBLIC WORKS

# United States Senate

WASHINGTON, DC 20510-3603

January 4, 2006

Mr. Stephen P. Wallace
6528 East 101st #D-1 304
Tulsa, Oklahoma 74133

Dear Mr. Wallace:

Thank you for contacting my office concerning District Judge Gregory Frizzell.

I have forwarded your concerns to the United States Department of Justice. As soon as I receive a response to my inquiry, I will contact you.

I appreciate the opportunity to be of assistance. If you have any questions, please do not hesitate to contact my assistant, Chris Stover, in my Oklahoma City office at 405-608-4381.

Sincerely,

James M. Inhofe
United States Senator

JMI:cs

PRINTED ON RECYCLED PAPER

Feedback    Like 2.2m    Follow @MailOnline          Wednesday, Nov 19th 2014 9PM 29°F    0AM 22°F    5-Day Forecast

# **Mail** Online

Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Columnists

News Home   Arts   Headlines   Pictures   Most read   News Board   Wires   T-Mobile   Strayer                                    Login










**Trapped in the big freeze: Eight dead,** | **EXCLUSIVE: 'I thought Cosby** | **Now NBC cancels its planned comedy** | **Outrage as CNN host asks Bill** | **'The last thing I remember is him** | **PIERS MORGAN: The rape** | Micha Schu

# Ku Klux Klan past of Tulsa's founding father is revealed - as shamed town is forced to consider taking his name off landmarks

- Chequered past of Tulsa's founding father raises questions over his presence around the town's landmarks and public spaces
- Wyatt Tate Brady is accused of instigating infamous 1921 race riot
- Riot left 300 black residents of Tulsa dead in just 18 hours
- Some locals are questioning his honour of having his name all over town

By OLIVIA WILLIAMS

PUBLISHED: 05:02 EST, 25 July 2013 | UPDATED: 10:03 EST, 25 July 2013

View comments

The city of Tulsa is debating how to deal with the racist past of its founding father Wyatt Tate Brady as he stands accused of inciting a notorious race riot.

A new magazine, This Land, has highlighted Brady's role in creating a racist atmosphere in the town before the riot in 1921.

When Brady arrived in 1890 from Missouri, Tulsa was just a few dirt streets and tents occupied by white men seeking their fortune in uncharted Indian lands.

The ambitious shoe salesman saw an opportunity and seized it, opening a general store, followed by a hotel.

By the time Oklahoma became a state in 1907, Brady was a celebrated city father.

He signed Tulsa's incorporation papers, started a newspaper and chartered a train filled with boosters, including humorist Will Rogers, to promote the new boomtown to people in the East.

However, a lesser-known side of Brady has become the focus of debate in his adopted hometown nearly 90 years after his death.

The son of a Confederate veteran, Brady was a member of the local Ku Klux Klan. And new questions have emerged about his involvement in the most notorious event in Tulsa history, a 1921 race riot that left 300 black residents dead.

The issue is especially sensitive because Brady's name is all over town - on a street, a mansion, a theatre and a historic neighborhood. It is also the name of the city's most ambitious development effort in a generation - a glitzy downtown entertainment district.

Brady's membership in the Klan was never a secret. It had been noted in Tulsa's historical records but was largely forgotten until the new Tulsa-based literary magazine, This Land, published a long article in late 2011 by author Lee Roy Chapman, who detailed Klan activities and Brady's involvement with the group.



Tarnished reputation: Founding father of Tulsa, Wyatt Tate Brady was a member of the Ku Klux Klan



Like
Daily Mail

Follow
Daily Mail

Follow
@DailyMailUS

+1
Daily Mail

**FEMAIL TODAY**

Fashionable friends: George and Amal Clooney dine out with designer Stella McCartney and her husband Alasdhair Willis in London



'It goes against every fiber of my being': Jennifer Aniston on playing a sex addict in Horrible Bosses 2 as she opts for demure look on GMA



Ads by Goog

Get Your Vet ID Card
www.vetfrie m
Largest US Ve Website ID ca Benefits, disc service pride

Free Meal Pl:
totalrecipes com
Hundreds of F Tasty Recipes w/ the Free R Toolbar!

Free Maps & Directions
www.mapsg com
Search Maps, Driving Direct Instantly with App!

Watch Netw www.televis atic.com
Turn Your PC Television! Wa Full TV Episod Free App

**SHARE THIS**        **RELATED ARTICLES**

> "The once-honorable profession of law now fully functions as a bottom-line business, driven by greed and the pursuit of power and wealth, even shaping the laws of the United States outside the elected Congress and state legislatures."
>
> *-- Justice John F. Molloy*

---

# The Fraternity: Lawyers and Judges in Collusion

**JUSTICE JOHN F. MOLLOY**



**W**hen I began practicing law in 1946, justice was much simpler. I joined a small Tucson practice at a salary of $250 a month, excellent compensation for a beginning lawyer. There was no paralegal staff or expensive artwork on the walls.

In those days, the judicial system was straightforward and efficient. Decisions were handed down by judges who applied the law as outlined by the Constitution and state legislatures. Cases went to trial in a month or two, not years. In the courtroom, the focus was on uncovering and determining truth and fact.

I charged clients by what I was able to accomplish for them. The clock did not start ticking the minute they walked through the door.

**Looking back**

The legal profession has evolved dramatically during my 87 years. I am a second-generation lawyer from an Irish immigrant family that settled in Yuma. My father, who passed the Bar with a fifth-grade education, ended up arguing a case before the U.S. Supreme Court during his career.

The law changed dramatically during my years in the profession. For example, when I accepted my first appointment as a Pima County judge in 1957, I saw that lawyers expected me to act more as a referee than a judge. The county court I presided over resembled a gladiator arena, with dueling lawyers jockeying for points and one-upping each other with calculated and ingenuous briefs

That was just the beginning.

By the time I ended my 50-year career as a trial attorney, judge and president of southern Arizona's largest law firm, I no longer had confidence in the legal fraternity I had participated in and, yes, profited from.

I was the ultimate insider, but as I looked back, I felt I had to write a book about serious issues in the legal profession and the implications for clients and society as a whole. *The Fraternity: Lawyers and Judges in Collusion* was 10 years in the making and has become my call



Lawyers and Judges in Collusion

# The
# FRATERNITY

**John** Fitzgerald **Molloy**

(over)

**LAW / GOVERNMENT**

# THE FRATERNITY

### John Fitzgerald Molloy

"Lawyers and laymen alike will greatly benefit from reading this illuminating book. After reading it, your view of the profession won't be the same."
—Senator John McCain

"*The Fraternity* should be required reading for anyone thinking about entering the legal profession."
—Nicholas N. Kittrie, Distinguished University Professor, American University School of Law and past president of the American Society of Criminology

"Judge Molloy is one of the most revered members of our legal profession, and is extremely well qualified to comment on the manner in which this profession has evolved.... The vignettes that make up this book will be delightful reading for all interested in our culture and our legal system."
—Stewart Udall, Former U.S. Secretary of the Interior and author of *The Forgotten Founders*

"I served on the Superior Court Bench while Judge Molloy was a Superior Court Judge.... Molloy has established a reputation as a trial lawyer with outstanding knowledge of our judicial system.... *The Fraternity* gives us the latest analysis of the legal profession."
—Raul H. Castro, Former Governor of Arizona and former U.S. Ambassador to El Salvador, Bolivia, and Argentina

"...the Courts in our judicial system have, in fact, become the lawmakers, when it is very clear...that our Constitution delegated that responsibility to the U.S. Congress and the State Legislatures.... [Molloy] treads on almost sacred ground when he gives real insight into how the legal profession has changed from one of the premier professions in our society to a business where the bottom line is financial profit... My endorsement is unequivocal. It is a fine scholarly piece with real integrity."
—Dennis DeConcini, U.S. Senator (Ret)



**PARAGON HOUSE**
2285 University Avenue West
St. Paul, MN 55114
www.paragonhouse.com



ISBN 1-55778-841-5

Print                                                    https://us-mg6.mail.yahoo.com/neo/launch?.rand=epael9gpn3ahc#2...

| | |
|---|---|
| **Subject:** | IG for Judiciary |
| **From:** | Schwartz, Michael (Coburn) (Michael_Schwartz@coburn.senate.gov) |
| **To:** | spaulwallace@yahoo.com; |
| **Date:** | Tuesday, July 18, 2006 1:10 PM |

It was good to meet you yesterday, Steve.  The bill I mention, to establish an Inspector general to monitor the ethics of the federal judiciary, is HR 5219, introduced by Rep. James Sensenbrenner (R-WI), chairman of the Judiciary Committee.  The bill had a hearing last month but, contrary to what I said yesterday, has not been defeated in committee or elsewhere.  In other words, I understand this bill to be still a live proposition.

To get information on this, I suggest that you look it up on the congressional website thomas.loc.gov.  You might also call Mr. Sensenbrenner's office for more information.

God bless you.

**CONGRESS.GOV**     Legislation   Congressional Record   Committees   Members

## H.R.5219 - Judicial Transparency and Ethics Enhancement Act of 2006

109th Congress (2005-2006)

---

BILL     Hide Overview

| | |
|---|---|
| **Sponsor:** | Rep. Sensenbrenner, F. James, Jr. [R-WI-5] (Introduced 04/27/2006) |
| **Committees:** | House - Judiciary |
| **Latest Action:** | 09/27/2006 Ordered to be Reported (Amended) by the Yeas and Nays: 20 - 6.  (All Actions) |

**Tracker:**

  Introduced

**More on This Bill**

CBO Cost Estimates [1]

**Subject — Policy Area:**
Law

View subjects

---

Summary (1) | Text (1) | Actions (6) | Titles (2) | Amendments (0) | Cosponsors (3) | Committees (1) | Related Bills (1)

---

### Summary: H.R.5219 — 109th Congress (2005-2006)

All Bill Information (Except Text)

Listen to this page

There is one summary for H.R.5219. Bill summaries are authored by CRS.

**Shown Here:**
Introduced in House (04/27/2006)

Judicial Transparency and Ethics Enhancement Act of 2006 - Amends the federal judicial code to establish the Office of Inspector General for the Judicial Branch of the U.S. government, to be headed by an Inspector General appointed by the Chief Justice.

Requires the Office to: (1) investigate matters pertaining to the Judicial Branch (other than the Supreme Court), including possible misconduct in office of justices and judges; (2) conduct and supervise audits and investigations; and (3) prevent and detect waste, fraud, and abuse.

Provides for whistleblower protection.

# Judge Frizzell Confirmation Senate Floor Statement by U.S. Senator James M. Inhofe (R-Okla.)

Thursday, February 1, 2007

**Mr. Inhofe:** We have a very quality judge coming up for confirmation now. It happens to be someone who is a very close personal friend of mine, a judge in Oklahoma, Judge Greg Frizzell. We thought he'd be confirmed before the end of the year, but it didn't work out; there was some regrettable political bickering about some of the other judges that held up all the nominations. Fortunately, over the last few weeks I have had a chance to talk to my colleagues on both sides of the aisle. I want to thank Senator Pat Leahy in particular for being so generous with me and allowing me time to talk about Judge Frizzell and why he should be confirmed. Senator Leahy told me after our conversation that he'd be willing to put Judge Frizzell on this top-priority list. He didn't have to do that; so I want to compliment Senator Leahy for doing that for us and for justice in America.

I want to begin by telling you about Greg Frizzell's family and background. I can remember when his dad Kent Frizzell served as Attorney General for the state of Kansas before moving his family to Oklahoma where we became very close friends. Kent has served in many different capacities within the legal field, serving the Under Secretary of Interior and teaching at the University of Tulsa Law School for almost 20 years. Given his father's distinguished work, it is no surprise that Judge Frizzell felt compelled to pursue a career in public service. His friends and colleagues have praised his professional qualifications and personal integrity, as well as his ability to rule fairly from the bench. For as long of a time as this young judge has been around, you would think that you would hear negative things about him, but I have never heard one thing negative about him.

Both Democrats and Republicans agree that this is the quality of guy that should be on the federal bench. Robert Sartan, a member of the Board of Governonrs, says Greg Frizzell is a man of extremely high integrity with a deep sense of personal responsibility toward his fellow man. Judge Claire Egan, praised him and talked about the urgency to fill vacant spots on the bench—she emphasized the fact that the court right now has three judges doing the work of six. Ralph Thompson, a prominent senior judge serving on the Federal bench in Oklahoma, has also praised him, saying that there's no one out there that could be more qualified than Greg Frizzell for this particular appointment. So I'm really glad that we're finally getting around to this, I just apologize to him and to his family for the period of uncertainty since the judicial nominations stalled last Congress.

Not only has Judge Frizzell proven an effective and fair legal professional, he is a devoted husband and loving father of six children. Joe Wolgemuth, a prominent and well-respected attorney in Oklahoma, recalls an incident where Judge Frizzell had to work late one night doing work and he brought all six kids to spend time with them into the late hours—anyone who can handle six kids while doing his judicial work, I think can handle this job. So I am glad that in just a matter of minutes we will be able to vote to confirm Judge Greg Frizzell to be the next U.S. District Court Judge for the Northern District of Oklahoma. He will be a great judge. I yield the floor.

# Page S1479

The Library of Congress > THOMAS Home > Congressional Record > Search Results

## Congressional Record
## 110th Congress (2007-2008)

| THIS SEARCH | THIS DOCUMENT | THIS CR ISSUE | GO TO |
|---|---|---|---|
| Next Hit | Forward | Next Document | New CR Search |
| Prev Hit | Back | Prev Document | HomePage |
| Hit List | Best Sections | Daily Digest | Help |
| | Contents Display | | |

Print    Subscribe    Share/Save

## NOMINATION OF GREGORY KENT FRIZZELL -- (Senate – February 01, 2007)

[Page: S1478]  *GPO's PDF*

- - -

Mr. INHOFE. Mr. President, first of all, I appreciate very much the senior Senator from Pennsylvania yielding to me. I know he is interested in getting these quality judges confirmed, and votes are taking place.

We have one coming up in a few minutes that happens to be for a close personal friend of mine, a judge in Oklahoma, Greg Frizzell. I would like to make a couple of comments.

First of all, we thought he would be confirmed before the end of last year, and it didn't work out. There was bickering going on that had nothing to do with him but with other judges. Fortunately, over the last few weeks, I have had a chance to talk to colleagues on both sides of the aisle.

I want to single out Senator *Pat Leahy* for being so generous with me and giving me time to talk about Judge Frizzell and why he should be confirmed. He told me, after listening to this, he would be willing to put him on his top priority list. He didn't have to do it. He is a Democrat and I am a Republican. So, again, I compliment Senator *Pat Leahy* for doing that for us and for justice in America.

This young man, Greg Frizzell, has a great family background. I remember when his daddy, Kent Frizzell, was in Kansas and served as attorney general for that State. Then he had better judgment and decided to move from Kansas to Oklahoma. We became good friends many years ago. Greg was very young at that time. He was raised in this family of public servants, people who served as his father had for such a long period of time. I think his father is still at the University of Tulsa Law School and has been for about 20 years and is doing great work. That is the environment in which Greg Frizzell was raised. He has been a judge for a long time, and you would think you would hear some negative things about him. But you don't hear negative things about this guy. Even his political adversaries all agree that he is the quality and type of man who should be on the Federal bench.

Robert Sartin, a member of the Board of Governors, said:

Guidance
Publications
    An Overview of the Senate Code of Conduct and Related Laws
    2003 Senate Ethics Manual
    Rules of Procedure of the Select Committee on Ethics
    Senate Code of Official Conduct
    Rules Governing Use of the Mailing Frank
    Interpretative Rulings of the Select Committee on Ethics
Forms
Links

Site Map Text Only

Search       Go

# Conflicts of Interest

**Basic Principles**

**Professional and Fiduciary Restrictions**

**Board and Officer Service**

**Teaching**

 **Criminal Conflicts of Interest** 

Members and staff are prohibited from receiving compensation for representing a third party in a matter in which the United States has an interest or is a party.  18 U.S.C. § 203.

Officers and employees, even without compensation, are prohibited from representing a third party in a matter in which the U.S. has an interest or is a party.  18 U.S.C. § 205.

*return to top*

**Outside Earned Income Limit**

**Honoraria Ban**



**U.S. Code**

**All Agencies, Latest Month**
**Prosecution Report**
**Not Available**

**Conviction Report**
**Not Available**

**All Agencies, Previous FY**
**3 Prosecutions**
in Fiscal Year 2013

**1 Conviction**
in Fiscal Year 2013

**Geographic Distribution**
**of Convictions for**
**All Agencies, FY 2013**

## CITE

18 USC Sec. 203           01/05/2009

## EXPCITE

TITLE 18 - CRIMES AND CRIMINAL PROCEDURE
PART I - CRIMES
CHAPTER 11 - BRIBERY, GRAFT, AND CONFLICTS OF INTEREST

## HEAD

Sec. 203. Compensation to Members of Congress, officers, and others
in matters affecting the Government

## STATUTE

(a) Whoever, otherwise than as provided by law for the proper
discharge of official duties, directly or indirectly -
(1) demands, seeks, receives, accepts, or agrees to receive or
accept any compensation for any representational services, as
agent or attorney or otherwise, rendered or to be rendered either
personally or by another -
(A) at a time when such person is a Member of Congress,
Member of Congress Elect, Delegate, Delegate Elect, Resident
Commissioner, or Resident Commissioner Elect; or
(B) at a time when such person is an officer or employee or
Federal judge of the United States in the executive,
legislative, or judicial branch of the Government, or in any
agency of the United States,
in relation to any proceeding, application, request for a ruling
or other determination, contract, claim, controversy, charge,
accusation, arrest, or other particular matter in which the
United States is a party or has a direct and substantial
interest, before any department, agency, court, court-martial,
officer, or any civil, military, or naval commission; or
(2) knowingly gives, promises, or offers any compensation for
any such representational services rendered or to be rendered at
a time when the person to whom the compensation is given,
promised, or offered, is or was such a Member, Member Elect,
Delegate, Delegate Elect, Commissioner, Commissioner Elect,
Federal judge, officer, or employee;
shall be subject to the penalties set forth in section 216 of
this title.
(b) Whoever, otherwise than as provided by law for the proper
discharge of official duties, directly or indirectly -
(1) demands, seeks, receives, accepts, or agrees to receive or
accept any compensation for any representational services, as
agent or attorney or otherwise, rendered or to be rendered either
personally or by another, at a time when such person is an
officer or employee of the District of Columbia, in relation to
any proceeding, application, request for a ruling or other
determination, contract, claim, controversy, charge, accusation,
arrest, or other particular matter in which the District of
Columbia is a party or has a direct and substantial interest,

before any department, agency, court, officer, or commission; or
  (2) knowingly gives, promises, or offers any compensation for
any such representational services rendered or to be rendered at
a time when the person to whom the compensation is given,
promised, or offered, is or was an officer or employee of the
District of Columbia;
shall be subject to the penalties set forth in section 216 of this
title.
  (c) A special Government employee shall be subject to subsections
(a) and (b) only in relation to a particular matter involving a
specific party or parties -
  (1) in which such employee has at any time participated
personally and substantially as a Government employee or as a
special Government employee through decision, approval,
disapproval, recommendation, the rendering of advice,
investigation or otherwise; or
  (2) which is pending in the department or agency of the
Government in which such employee is serving except that
paragraph (2) of this subsection shall not apply in the case of a
special Government employee who has served in such department or
agency no more than sixty days during the immediately preceding
period of three hundred and sixty-five consecutive days.
  (d) Nothing in this section prevents an officer or employee,
including a special Government employee, from acting, with or
without compensation, as agent or attorney for or otherwise
representing his parents, spouse, child, or any person for whom, or
for any estate for which, he is serving as guardian, executor,
administrator, trustee, or other personal fiduciary except -
  (1) in those matters in which he has participated personally
and substantially as a Government employee or as a special
Government employee through decision, approval, disapproval,
recommendation, the rendering of advice, investigation, or
otherwise; or
  (2) in those matters that are the subject of his official
responsibility,
subject to approval by the Government official responsible for
appointment to his position.
  (e) Nothing in this section prevents a special Government
employee from acting as agent or attorney for another person in the
performance of work under a grant by, or a contract with or for the
benefit of, the United States if the head of the department or
agency concerned with the grant or contract certifies in writing
that the national interest so requires and publishes such
certification in the Federal Register.
  (f) Nothing in this section prevents an individual from giving
testimony under oath or from making statements required to be made
under penalty of perjury.

## SOURCE

(Added Pub. L. 87-849, Sec. 1(a), Oct. 23, 1962, 76 Stat. 1121;
amended Pub. L. 91-405, title II, Sec. 204(d)(2), (3), Sept. 22,
1970, 84 Stat. 853; Pub. L. 99-646, Sec. 47(a), Nov. 10, 1986, 100
Stat. 3604; Pub. L. 101-194, title IV, Sec. 402, Nov. 30, 1989, 103
Stat. 1748; Pub. L. 101-280, Sec. 5(b), May 4, 1990, 104 Stat.
159.)

## PRIOR PROVISIONS

A prior section 203, act June 25, 1948, ch. 645, 62 Stat. 692,
related to the acceptance or demand by district attorneys, or
marshals and their assistants of any fee other than provided by
law, prior to the general amendment of this chapter by Pub. L. 87-
849 and is substantially covered by revised section 201.
  Provisions similar to those comprising this section were
contained in section 281 of this title prior to the repeal of such
section and the general amendment of this chapter by Pub. L. 87-
849.

AMENDMENTS

Stephen P. Wallace
1116 Sheffer Road   Apt. F
Aurora, Illinois 60505
(630) 995-1195
IndependentJustice@outlook.com

October 3, 2014
Via Fax @ (202) 514-4001

Michael E. Horowitz
USDOJ INSPECTOR GENERAL
950 Pennsylvania Avenue, NW
Suite # 4706
Washington, DC 20530

## FORMAL REQUEST FOR STATUS UPDATE ON USDOJ SUBMISSIONS OF SEPTEMBER 22, 2014; SEPTEMBER 24, 2014, AND PENDING SEPTEMBER 19, 2014 SUBMISSION TO US AG CHIEF OF STAFF, CINDY CHANG, REGARDING THE SEPTEMBER 10, 2014 & SEPTEMBER 12, 2014 CRIMINAL CHARGES FILED WITH FORMER ASSOCIATE US AG TONY WEST

Dear USDOF Inspector General Horowitz:

I have Filed the above noted Criminal Charges with the respective USDOJ Agencies as a VICTIM US Tax Payer. (enclosures)

This 3rd day of October, 2014, I Supplement my Charges under the provisions of the RICO Private Attorney General Statutes, under penalty of perjury, to include:

[USA, ex rel; Private Attorney General, Stephen P. Wallace, and All those US Tax Payers similarly situated  vs. RESPONDENTS, and John Does 1-10 not yet named for Reparations due US Government Agencies (compounded)].

Please respond via email, voicemail and US Mail which said Predicate Actors have continued to tamper with as "obstruction of justice".    Thank you.

Sincerely,

Stephen Wallace

```
*********************
***  TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO              2018
RECIPIENT ADDRESS     12025144001
DESTINATION ID
ST. TIME              10/03 12:24
TIME USE              01'42
PAGES SENT            9
RESULT                OK
```

Stephen P. Wallace
1116 Sheffer Road   Apt. F
Aurora, Illinois 60505
(630) 995-1195
IndependentJustice@outlook.com

October 3, 2014
Via Fax @ (202) 514-4001


Michael E. Horowitz
USDOJ INSPECTOR GENERAL
950 Pennsylvania Avenue, NW
Suite # 4706
Washington, DC 20530


FORMAL REQUEST FOR STATUS UPDATE ON USDOJ SUBMISSIONS OF SEPTEMBER 22,
2014; SEPTEMBER 24, 2014, AND PENDING SEPTEMBER 19, 2014 SUBMISSION TO US AG
CHIEF OF STAFF, CINDY CHANG, REGARDING THE SEPTEMBER 10, 2014 & SEPTEMBER 12,
2014 CRIMINAL CHARGES FILED WITH FORMER ASSOCIATE US AG TONY WEST

Dear USDOF Inspector General Horowitz:

I have Filed the above noted Criminal Charges with the respective USDOJ Agencies as a
VICTIM US Tax Payer. (enclosures)

This 3rd day of October, 2014, I Supplement my Charges under the provisions of the RICO
Private Attorney General Statutes, under penalty of perjury, to include:

[USA  ex rel: Private Attorney General, Stephen P. Wallace, and All these US



**U.S. Department of Justice**

Office of the Inspector General

*Investigations Division*

---

*1425 New York Avenue NW, Suite 7100*
*Washington, D.C. 20530*

January 5, 2015

Stephen Wallace
1116 Sheffer Road
Apartment F
Aurora, IL 60505

Dear Mr. Wallace:

The purpose of this letter is to acknowledge receipt of your correspondence dated October 3, 2014. The matters that you raised have been reviewed by the staff of the Investigations Division, Office of the Inspector General.

The primary investigative responsibilities of this office are:

- *Allegations of misconduct committed by U.S. Department of Justice employees and contractors; and*

- Waste and abuse by high ranking Department officials, or that affects major programs and operations.

This Office does not have jurisdiction in the matter you described. Therefore, your complaint was forwarded to the following office on December 8, 2014:

> U.S. Department of Justice
> Criminal Division
> 350 Pennsylvania Avenue, NW
> Room 2107
> Washington, DC 20530
> Telephone Number 202-353-4641

Any future correspondence regarding this matter should be directed to that office.

Sincerely,


Office of the Inspector General
Investigations Division

KIM,TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6,1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:10-cv-06317

Wallace et al v. Leitch et al
Assigned to: Honorable Milton I. Shadur
Cause: 28:1331 Federal Question

Date Filed: 10/01/2010
Date Terminated: 10/04/2010
Jury Demand: Plaintiff
Nature of Suit: 446 Civil Rights:
Americans with Disabilities - Other
Jurisdiction: Federal Question

### Plaintiff

**Lisa F. Wallace**
*a developmentally disabled person*

represented by **Lisa F. Wallace**
PRO SE

### Plaintiff

**Mary Roma Jage**
*a diminished capacity individual*

### Plaintiff

**Stephen P. Wallace**
*individually, and all those similarly
situated, Private Attorney General*

represented by **Stephen P. Wallace**
6412 E. 96th Street
Tulsa, OK 74137
918-694-1870
PRO SE

V.

### Defendant

**Deborah Ludi Leitch**

### Defendant

**Patricia W. Bullock**
*individually*

### Defendant

**James E. Poe**

### Defendant

**Ronald J. Saffa**
*individually*

- U.S. District Court, Northern Illinois      https://ecf.ilnd.uscourts.gov/cgi-bin/DktRpt.pl?276265230229719-L_...

TERMED

## United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6,1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:11-cv-00164

| | |
|---|---|
| In Re: Stephen P. Wallace | Date Filed: 01/12/2011 |
| Assigned to: Executive Committee | Date Terminated: 01/12/2011 |
| Cause: Civil Miscellaneous Case | Jury Demand: None |
| | Nature of Suit: 999 Miscellaneous Cases |
| | Jurisdiction: Federal Question |

**In Re**

**Stephen P. Wallace**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/29/2010 | 1 | FINAL Emergency Motions by Stephen P. Wallace for Chief Judge James Holderman to disqualify Judge Milton Shadur; Vacate all Shadr orders under F.R.C.P. Rule 60(b)(3)(4); Appointment of Receiver/Interim Trustee Pendente Lite and for both a preliminary injunction & protective order for plaintiffs Mary Roma Jage & Stephen Wallace with brief in support and one copy. (lcw, ) (Entered: 01/14/2011) |
| 01/12/2011 | 2 | EXECUTIVE COMMITTEE ORDER: On October 4, 2010, the Honorable Milton I. Shadur entered a Memorandum Opinion and Order dismissing case number 10 C 6317, Lisa F. Wallace, etc., et al. v. Deborah Lindi Leitch, et al. Judge Shadur wrote: "This District Court's random assignment system has brought to this Courts calendar a sprawling and disjointed handwritten Complaint... that plainly has no business in the United States District Court for the Northern District of Illinois a pleading that could be a poster child for the concept of frivolousness in the legal sense..." On November 4, 2010, an Executive Committee order was entered in response to Mr. Wallaces October 21, 2010 Emergency Motion to vacate Judge Shadur's October 4, 2010 order and recuse Judge Shadur. The Executive Committee order stated that the Committee "finds no factual basis or legal authority for altering any determination made in this case by the assigned district judge." On December 29, 2010, Mr. Wallace submitted another Emergency Motion requesting in part that Chief Judge Holderman disqualify Judge Shadur 1 . It is the judgment of the Executive Committee that reasonable and necessary restraints must be imposed upon Mr. Wallace's ability to file new civil cases in this District pro se. Cases in existence prior to the entry of this order are not affected by this order and shall proceed as usual. IT IS HEREBY ORDERED BY THE EXECUTIVE COMMITTEE in its capacity as the supervisor of the assignment of cases, that ------ 1)Mr. Stephen P. Wallace, or anyone acting on his behalf, is enjoined from filing any new civil action |

or proceeding in the United States District Court for the Northern District of Illinois without first obtaining leave by way of the following procedures: a)Any materials Mr. Wallace, or anyone acting on his behalf, wishes to submit for filing shall be delivered to Room 2050, Office of the Clerk at the Courthouse in Chicago. Only the Clerk or deputies specifically designated by the Clerk may accept such documents. b)Where the document submitted is a complaint, it shall be accompanied by a motion captioned "Motion Seeking Leave to File Pursuant to Order of Executive Committee." That motion shall, in addition to requesting leave to file the complaint, include a sworn statement certifying that the claims raised by or on behalf of Mr. Wallace in the complaint are new claims never before raised in any federal court. c)Whenever Mr. Wallace submits a document for filing, the clerk or designated deputy shall accept the papers, stamp them received, docket them, and forward them to the Executive Committee. 2)The Executive Committee will examine any complaints submitted by or on behalf of Mr. Wallace to determine whether they should be filed. 3)If Mr. Wallace seeks leave to proceed in forma pauperis, the Committee will also determine if such leave should be granted. The Committee will deny leave to file any complaints if they are legally frivolous or are merely duplicative of matters already litigated. The Committee may deny leave to file any complaints not filed in conformity with this order. 4)If the Executive Committee enters an order denying leave to file the materials, the clerk shall retain the order in a miscellaneous file with the title In the matter of Stephen P. Wallace and cause a copy of the order to be mailed to Mr. Wallace. The submitted documents shall be returned to Mr. Wallace. 5)If the Executive Committee enters an order granting leave to file the materials, the clerk will cause the materials to be stamped filed as of the date received and shall cause the case to be assigned to a judge in accordance with the rules. The clerk shall also cause a copy of the order to be mailed to Mr. Wallace. 6)Mr. Wallace's failure to comply with this order may, within the discretion of the Executive Committee, result in his being held in contempt of court and punished accordingly. 7)Nothing in this order shall be construed ----- a)to affect Mr. Wallace's ability to defend himself in any criminal action, b)to deny Mr. Wallace access to the federal courts through the filing of a petition for a writ of habeas corpus or other extraordinary writ, or c)to deny Mr. Wallace access to the United States Court of Appeals or the United States Supreme Court. IT IS FURTHER ORDERED That the Clerk shall cause to be created and maintained a miscellaneous file with the title "In the matter of Stephen P. Wallace " and case number 11 C 0164. The miscellaneous file shall serve as the repository of this order and any order or minute order entered pursuant to this order. The Clerk will also maintain a miscellaneous docket associated with the file. All orders retained in the file will be entered on that docket following standard docketing procedures. A brief entry will be made on the docket indicating the receipt of any materials from Mr. Wallace. IT IS FURTHER ORDERED That the Clerk shall cause a copy of this order to be mailed to Mr. Wallace at 6412 E. 96th Street, Tulsa, OK 74137, the address given by Mr. Wallace in a document received on October 21, 2010. Such mailing shall be by certified or registered mail, return receipt requested. Signed by the Executive Committee on 1/12/2011. Mailed notice by certified mail article number 7006 0100 0001 7312 2112.(lcw, ) (Entered: 01/14/2011)

NO. 15-1168

STEPHEN P. WALLACE,
<u>VICTIM PLAINTIFF/APPELLANT ("APPELLANT")</u>

VS.

EXECUTIVE COMMITTEE, DEFENDANTS/APPELLEES
<u>*IN RE: MISCELLANEOUS CASE #: 11-CV-00164*</u> AND
UNDERLYING <u>*CASE #: 10-CV-06317*</u>

<u>REAL PARTIES-IN-INTEREST:</u>
STATE OF OKLAHOMA, EX REL; TULSA COUNTY SHERIFF, STANLEY GLANZ, AND ROGUE
STATE ACTORS & AGENCIES IN COLLUSION WITH THEIR '*KLAN HANDLERS*':
TRUST COMPANY OF OKLAHOMA, ITS DIRECTORS & SHAREHOLDERS, RONALD SAFFA,
MARY ROMA JAGE, AND PREDICATE/PREDATOR ACTORS 1-10 NOT YET NAMED

EXTRAORDINARY WRITS OF PROHIBITION/MANDEMUS AND FOR THE EN BANC COURT TO
ASSUME ORIGINAL JURISDICTION, SUA SPONTE, OF 'VOID ABINITIO ORDER'

EMERGENCY MOTION FOR CHIEF CIRCUIT JUDGE DIANE PAMELA WOOD AND THE EN BANC
PANEL TO VACATE THE JANUARY 30, 2015 ORDER AND DISQUALIFY FORMER CHIEF CIRCUIT
JUDGE FRANK H. EASTERBROOK AS A WITNESS IN THE UNDERLYING CASES WITH BRIEF IN
SUPPORT

<div align="right">

Stephen P. Wallace
1116 Sheffer Road  Apt. F
Aurora, Illinois 60505
(630) 995-1195
<spaul.wallace@gmail.com>

</div>

February 20, 2015

Print                                                                  Close

From: **S. Paul Wallace** (independentjustice@outlook.com)
Sent: Wednesday, May 20, 2015 3:43:21 PM
To: currie.gunn@usdoj.gov (currie.gunn@usdoj.gov)
Cc: matthews@lsb.state.ok.us (matthews@lsb.state.ok.us)
      1 attachment
      GRAND JURY 2015.pdf (5.7 MB)

**US Attorney General Lynch:**

We the People Oklahoma "GRAND JURY" Advocates and I look forward to timely communicating with your Office to assure Justice will be served.     Sincerely,    Stephen Wallace, Co-Victim "Injustice Anywhere is a Threat to Justice Everywhere"... Dr. King

Stephen P. Wallace
1116 Sheffer Road Apt. F
Aurora, Illinois 60505
(630) 995-1195
spaul.wallace@gmail.com

May 29, 2015

US Attorney General Loretta Lynch
950 Pennsylvania Avenue, NW
Washington, DC
c/o currie.gunn@usdoj.gov

## FOIA REQUEST FOR CURRENT STATUS OF PENDING CRIMINAL CHARGES FILED TO DATE BY VICTIM, STEPHEN WALLACE, AND NOTICE THAT PENDING TULSA GRAND JURY INVESTIGATION OF VICTIM'S OPEN RECORDS/GRAND JURY DEMANDS INVOKE CRIMINAL [TITLES 18, USC; SECTIONS 2071 & 2701] REQUIRING USDOJ ATTORNEY GENERAL'S REMOVAL FROM OKLAHOMA LEGAL KLAN OF RECORD JURISDICTION

1 That your Office previously received Victim's April 30, 2015, NOTICE & DEMANDS served upon Tulsa County DA, Steve Kunzweiler, under the OPEN RECORDS ACT to Investigate, and Prosecute Sheriff Stan Glanz, et al., for the criminal embezzlement of the [$333,333.33] due to have been Deposited into the Tulsa County General Fund on October 6, 3003, which to Date's criminal Interest & Penalty would exceed [$1 million], since Actors moved said FUNDS across State Lines from Indiana to Oklahoma, *under color of Law.* (enclosures)

2 That USDOJ now has Judicial Notice & Actual Knowledge of Criminal Spoliation of Evidence of US Federal Court Documents by Rogue Bankruptcy Trustee, Patrick Malloy III, of Victim's "electronically filed "*Combined Emergency Motion To Compel Production*", on *May 15, 2002* that criminally violated [*Titles 18, USC; Sections 2071 & 2701*]. (enclosures)

3 That Patrick Malloy III, has a "pattern of criminally violating his Federal position, under his perceived Immunity of Illicit Access to the Bankruptcy Court", in *collusion/conspiracy* verified in Northern District of Oklahoma [*Case #:10-cv-03*]. (enclosed)

Victim formally requests an URGENT FOIA RESPONSE from US Attorney General Lynch and for her to procure a Witness Protection Program in DC for Victim in DC pending Resolution of said Criminal Investigations pursuant to Victim's US Constitutional Rights for "Equal Protection under the Law".

Respectfully submitted,

Cc: Interested Parties

Stephen Wallace

Print                                                                                          Close

# FW: "2nd FOIA REQUEST"

From: **S. Paul Wallace** (independentjustice@outlook.com)
Sent:   Monday, June 15, 2015 5:12:08 PM
To:     US Attorney General Lynch USDOJ (currie.gunn@usdoj.gov)
Cc:     Jesse_Roberts@Kirk.Senate.gov (jesse_roberts@kirk.senate.gov); S. Paul Wallace
        (independentjustice@outlook.com)
            1 attachment
            image.pdf (7.5 MB)

### _US Attorney General Lynch:_

You have Judicial Notice & Actual Knowledge that the USPS Inspector General has responded and I
have complied with **that FOIA REQUEST**, yet I am respectfully requesting that you Respond to
this FOIA Request.  Thank you.      Stephen Wallace

PS Jesse Roberts assumed Danial Bower's position @ US Senator Kirk's Chicago office where my
Origination File commenced last Fall.

---

From: independentjustice@outlook.com
To: currie.gunn@usdoj.gov
Subject: FW: FOIA REQUEST
Date: Fri, 29 May 2015 19:11:48 +0000


> To: independentjustice@outlook.com
> From: SimpleScan@aurorapubliclibrary.org
> Subject: FOIA REQUEST
> Date: Fri, 29 May 2015 18:49:29 +0000
>
> Hello,
> The attachment is the image(s) scanned by SimpleScan Station at Aurora Public Library Church
Road Branch.
> Thank you.
> http://www.aurorapubliclibrary.org
>



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

THOMAS G. BRUTON                    December 15, 2015
CLERK

312-435-5698

In Re: State of Illinois et al v. Grosboll et al

USDC for the Northern District of Illinois Case No: **15-cv-11268**

This is to advise the parties that the above titled case has been electronically transferred to the Northern District of Illinois from the Central District of Illinois, State of Illinois et al v. Grosboll et al (1:15-cv-01486).The case has been assigned number **15 CV 11268** to the Honorable Manish S. Shah.

The purpose of this letter is to inform you that the Local Rule 83.15 of this Court requires that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court.

For further information, you may visit our website address at: www.ilnd.uscourts.gov for the United States District Court, Northern District of Illinois, Eastern Division.

Sincerely yours,
Thomas G. Bruton, Clerk

By:      /s/ Melissa Rivera
             Deputy Clerk

understand style and using vignettes to clarify examples of Legal Abuse Syndrome, this valuable self-help and textbook teaches litigants the steps towards recovery from Legal Abuse Syndrome.

## LEGAL ABUSE SYNDROME (LAS) is a form of

post traumatic stress disorder (PTSD).  It is a psychic injury, not a mental illness.  It is a personal injury that develops in individuals assaulted by ethical violations, legal abuses, betrayals, and fraud. Abuse of power and authority and a profound lack of accountability in our courts have become rampant, compounding an already stressful experience.

This stress can and does lead to physical illness. AMA statistics show that around 85% of all physical illness is directly attributable to stress. Legal Abuse Syndrome is a public health menace in this country.  It leads to massive medical intervention costs, burdens insurance companies, and adds to Medicare and Social Security costs.  Most painfully, it crushes the brilliance and creativity of its sufferers.  Legal Abuse Syndrome is detrimental to all of society, and nobody is immune.

Whatever the court setting, whether it is regarding divorce, child custody, parental support, probate matters, personal injury, property disputes, legal or medical malpractice, criminal charges or other deeply personal issues, the frauds put forth in our courts add greatly to the trauma. When litigants are unable to get fair resolution to their issues, when the court dysfunction further adds to the litigant's burden, when no amount of actual case law compels an equitable outcome, litigants suffer often disabling levels of stress. When further attempts to achieve redress fail, litigants display the hallmark signs of Legal Abuse Syndrome (LAS).

Medical and psychological treatment for PTSD is compensable under most health insurance. To learn more about PTSD see http://traumacenter.org.

Dr. Karin Huffer

27

top