The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>                Plaintiff,<br><br>   v.<br><br>THE UNITED STATES DEPARTMENT OF JUSTICE, and LORETTA LYNCH, in her official capacity as Attorney General of the United States,<br><br>                Defendants. | No. 16-cv-00538 - JLR<br><br>STIPULATION AND ORDER FOR AMENDED COMPLAINT AND BRIEFING SCHEDULE ON MOTION TO DISMISS<br><br>*Noted for Consideration:*<br>June 13, 2016 |

**STIPULATION**

Plaintiff Microsoft Corporation ("Microsoft") and defendants The United States Department of Justice and Loretta Lynch, in her official capacity as Attorney General (collectively, "Federal Defendants"), by and through their attorneys of record, stipulate to the Court's entry of the proposed Order set forth below, setting a date for a response to an Amended Complaint and establishing a briefing schedule for any Motion to Dismiss that Amended Complaint.

In support of this request, the parties represent the following to the Court:

1.    Microsoft filed this action on April 14, 2016. Based on Microsoft's service of the Summons and Complaint on April 15, 2016, the Federal Defendants' response to Microsoft's Complaint is due on or before June 14, 2016.

STIPULATION AND ORDER (No. 16-cv-00538-JLR) - 1
DWT 29775465v2 0025936-002444

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

2. Microsoft has advised the Federal Defendants that it intends to file an Amended Complaint on or before June 17, 2016. Pursuant to Fed. R. Civ. P. 15(a) and this Stipulation, such amendment is proper. The parties further agree that, in light of the imminence of the Amended Complaint, the Federal Defendants need not respond to the initial Complaint.

3. The Federal Defendants have represented to Microsoft that they may wish to respond to the Amended Complaint by filing a Motion to Dismiss pursuant to Fed. R. Civ. P. 12. Because of other professional commitments, counsel for the Federal Defendants have requested that they have until July 22, 2016, to respond to the Amended Complaint. Subject to the Court's approval, Microsoft stipulates and agrees to this request.

4. In the ordinary course, the opposition to a motion filed on July 22, 2016, would be due on August 15, 2016. Because of summer travel schedules, Microsoft's counsel have requested that they have until August 26, 2016, to file an opposition to any Motion to Dismiss. Subject to the Court's approval, the Federal Defendants stipulate and agree to this request.

5. Microsoft believes that some persons, entities, or organizations may seek leave to file amicus curiae briefs in connection with any Motion to Dismiss. Having conferred about this prospect, the parties stipulate and agree that, subject to the Court's approval, any potential amici should seek leave from the Court to file a brief by September 2, 2016, i.e., by one week after the filing of Microsoft's opposition to any motion to dismiss. The parties take no position at this time as to whether the Court should grant leave to any proposed amicus curiae.

6. The Federal Defendants have requested until September 23, 2016, to file a reply in support of any motion to dismiss. Subject to the Court's approval, Microsoft stipulates and agrees to this request.

7. The parties therefore jointly request entry of the proposed Order set forth below, establishing the foregoing as the schedule for responding to the Amended Complaint and for briefing on any Motion to Dismiss the Federal Defendants may file.

STIPULATION AND ORDER (No. 16-cv-00538-JLR) - 2
DWT 29775465v2 0025936-002444

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1    DATED this 13th day of June, 2016.

2
        Davis Wright Tremaine LLP
        Attorneys for Microsoft Corporation

        By *s/ Stephen M. Rummage*
           Stephen M. Rummage, WSBA #11168
           Ambika K. Doran, WSBA #38237
           1201 Third Avenue, Suite 2200
           Seattle, WA  98101-3045
           Phone: 206-622-3150, Fax: 206-757-7700
           E-mail: steverummage@dwt.com
           E-mail:  ambikadoran@dwt.com

        Laura Handman*
        Davis Wright Tremaine LLP
        1919 Pennsylvania Ave NW #800,
        Washington, DC 20006
        Telephone: (202) 973-4200
        Fax: (202) 973-4429
        E-mail: laurahandman@dwt.com

        James M. Garland*
        Alexander A. Berengaut*
        Katharine R. Goodloe*
        Covington and Burling LLP
        One CityCenter
        850 10th St., N.W.
        Washington, DC 20001
        Tel: (202) 662-6000
        Fax: (202) 662-6291
        Email: jgarland@cov.com,
        aberengaut@cov.com, kgoodloe@cov.com

        Bradford L. Smith
        David M. Howard
        Jonathan Palmer
        Microsoft Corporation
        One Microsoft Way
        Redmond, WA 98052

        * Admitted pro hac vice

        *Attorneys for Microsoft Corporation*

STIPULATION AND ORDER (No. 16-cv-00538-JLR) - 3
DWT 29775465v2 0025936-002444

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
ANNETTE L. HAYES
United States Attorney
KERRY J. KEEFE
Civil Chief, Assistant United States Attorney
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

By *s/ Eric J. Soskin*
   Eric J. Soskin, PA Bar #200663
   Jennie Kneedler, DC Bar #500261
   U.S. Department of Justice
   Civil Division, Federal Programs Branch
   P.O. Box 883
   Washington, D.C. 20044
   Tel:  (202) 353-0533
   Fax:  (202) 616-8470
   Email:  Eric.Soskin@usdoj.gov
   Email:  jennie.l.kneeder@usdoj.gov

*Attorneys for Federal Defendants*

### ORDER

Based on the foregoing Stipulation, the Court ORDERS that the parties shall adhere to the response and briefing schedule set forth above.

IT IS SO ORDERED.

DATED this 14th day of June, 2016.

_____
JAMES L. ROBART
United States District Judge

Presented by:

Davis Wright Tremaine LLP
Attorneys for Microsoft Corporation

By *s/ Stephen M. Rummage*
Stephen M. Rummage, WSBA #11168
Ambika K. Doran, WSBA #38237
1201 Third Avenue, Suite 2200
Seattle, Washington  98101-3045
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: steverummage@dwt.com

STIPULATION AND ORDER (No. 16-cv-00538-JLR) - 4
DWT 29775465v2 0025936-002444

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

ambikadoran@dwt.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to counsel who have appeared in this action.  In addition, I have caused the foregoing to be served on the following parties in the manner identified:

| | |
|---|---|
| Stephen P. Wallace | _____ U.S. Mail |
| 1116 SHEFFER ROAD | _____ Hand Delivery |
| APT F | \_\_\_X\_\_ Overnight Mail |
| AURORA, IL 60505 | _____ Facsimile |
| Phone:  847-826-8506 | _____ CM/ECF Notification |
| | |
| United States Attorney's Office | _____ U.S. Mail |
| Western District of Washington | \_\_\_\_ \_\_ Hand Delivery |
| 700 Stewart Street, Suite 5220 | \_\_\_X\_\_ Overnight Mail |
| Seattle, WA  98101 | _____ Facsimile |
| | CM/ECF Notification |

DATED this 13th day of June, 2016.

*s/ Stephen M. Rummage*
Stephen M. Rummage

STIPULATION AND ORDER (No. 16-cv-00538-JLR) - 5
DWT 29775465v2 0025936-002444

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax