The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES DEPARTMENT OF JUSTICE, and LORETTA LYNCH, in her official capacity as Attorney General of the United States,<br><br>　　　　　　　　Defendants. | No.  16-cv-00538 - JLR<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING AMICUS CURIAE BRIEFING<br><br>*Noted for Consideration:*<br>August 18, 2016 |

**STIPULATION**

Plaintiff Microsoft Corporation ("Microsoft") and defendants The United States Department of Justice and Loretta Lynch, in her official capacity as Attorney General (collectively, "Federal Defendants"), by and through their attorneys of record, stipulate to the Court's entry of the proposed Order set forth below, providing for the Clerk to accept amicus curiae briefs submitted by lawyers admitted in this District.

In support of this request, the parties represent the following to the Court:

1.　　Microsoft filed this action on April 14, 2016.

2.　　On June 14, 2016, the Court entered an Order [Dkt. 26] that, among other things, approved a stipulated briefing schedule for an anticipated Motion to Dismiss. As part of the stipulated briefing schedule, the parties agreed "that, subject to the Court's approval, any

STIPULATION AND ORDER RE: AMICUS
CURIAE BRIEFING (No. 16-cv-00538-JLR) - 1
DWT 30201903v2 0025936-002444

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

potential amici should seek leave from the Court to file a brief by September 2, 2016, i.e., by one week after the filing of Microsoft's opposition to any motion to dismiss." Dkt. 26 ¶ 5. At that time, however, the parties took "no position ... as to whether the Court should grant leave to any proposed amicus curiae." *Id.*

3.   On July 22, 2016, the Federal Defendants filed their Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). *See* Dkt. 38. Microsoft's opposition to that Motion is due on or before August 26, 2016, and the Federal Defendants' reply is due on or before September 23, 2016.

4.   On August 15, 2016, the Court entered an Order [Dkt. 40] directing "that the page limit for all motions or briefs filed by *amici* in this matter shall be half that of the page limits for the corresponding motion or brief filed by a party. *See* Local Rules W.D. Wash. LCR 7(e)."

5.   The parties anticipate that several persons, entities, and/or organizations will wish to file amicus curiae briefs in connection with the Federal Defendants' Motion to Dismiss. In light of that fact, and in light of the Court's Order, the parties have conferred and agree that, subject to the Court's approval, they will consent to any amicus curiae brief filed in connection with the Federal Defendants' Motion to Dismiss, provided the brief:

(a) is timely filed on or before September 2, 2016;

(b) complies with the page limits set forth in the Court's Order [Dkt. 40]; and

(c) is signed by an attorney admitted to practice before this Court.

The parties further stipulate and agree that, subject to the Court's approval, a brief satisfying the criteria set forth in the previous sentence may be filed without the need for a separate application or motion seeking the Court's leave for filing.

DATED this 18th day of August, 2016.

Davis Wright Tremaine LLP
Attorneys for Microsoft Corporation

By *s/ Stephen M. Rummage*
Stephen M. Rummage, WSBA #11168

STIPULATION AND ORDER RE: AMICUS
CURIAE BRIEFING (No. 16-cv-00538-JLR) - 2
DWT 30201903v2 0025936-002444

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

Ambika K. Doran, WSBA #38237
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
Phone: 206-622-3150, Fax: 206-757-7700
E-mail: steverummage@dwt.com
E-mail:  ambikadoran@dwt.com

Laura Handman*
Davis Wright Tremaine LLP
1919 Pennsylvania Ave NW #800,
Washington, DC 20006
Telephone: (202) 973-4200
Fax: (202) 973-4429
E-mail: laurahandman@dwt.com

James M. Garland*
Alexander A. Berengaut*
Katharine R. Goodloe*
Covington and Burling LLP
One CityCenter
850 10th St., N.W.
Washington, DC 20001
Tel: (202) 662-6000
Fax: (202) 662-6291
E-mail: jgarland@cov.com,
aberengaut@cov.com, kgoodloe@cov.com

Bradford L. Smith
David M. Howard
Jonathan Palmer
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052

* Admitted pro hac vice

*Attorneys for Microsoft Corporation*

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
ANNETTE L. HAYES
United States Attorney
KERRY J. KEEFE
Civil Chief, Assistant United States Attorney
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

By *s/ Eric J. Soskin*
    Eric J. Soskin, PA Bar #200663
    Jennie Kneedler, DC Bar #500261
    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    P.O. Box 883
    Washington, D.C. 20044

STIPULATION AND ORDER RE: AMICUS
CURIAE BRIEFING (No. 16-cv-00538-JLR) - 3
DWT 30201903v2 0025936-002444

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

Tel:  (202) 353-0533
Fax:  (202) 616-8470
E-mail:  Eric.Soskin@usdoj.gov
E-mail:  jennie.l.kneedler@usdoj.gov

*Attorneys for Federal Defendants*

**ORDER**

Based on the foregoing Stipulation, the Court ORDERS that the foregoing stipulation is approved.  The Clerk shall accept for filing any amicus curiae brief filed in connection with the pending Motion to Dismiss [Dkt. 38], provided the brief (a) is timely filed on or before September 2, 2016; (b) complies with the page limits set forth in the Court's Order [Dkt. 40]; and (c) is signed by an attorney admitted to practice before this Court.

IT IS SO ORDERED.

DATED this _____ day of August, 2016.

_____
James L. Robart
United States District Judge

Presented by:
Davis Wright Tremaine LLP
Attorneys for Microsoft Corporation

By *s/ Stephen M. Rummage*
   Stephen M. Rummage, WSBA #11168
   Ambika K. Doran, WSBA #38237
   E-mail: steverummage@dwt.com
   E-mail: ambikadoran@dwt.com

STIPULATION AND ORDER RE: AMICUS
CURIAE BRIEFING (No. 16-cv-00538-JLR) - 4
DWT 30201903v2 0025936-002444

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. I further hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

> Stephen P. Wallace
> 1116 Sheffer Road – Apt. F
> Aurora, IL 60505

DATED this 18th day of August, 2016.

> Davis Wright Tremaine LLP
> *Attorneys for Microsoft Corporation*
>
> By *s/ Stephen M. Rummage*
>   Stephen M. Rummage, WSBA #11168
>   1201 Third Avenue, Suite 2200
>   Seattle, Washington  98101-3045
>   Telephone:  (206) 622-3150
>   Fax:  (206) 757-7700
>   E-mail:  steverummage@dwt.com

STIPULATION AND ORDER RE: AMICUS
CURIAE BRIEFING (No. 16-cv-00538-JLR) - 5
DWT 30201903v2 0025936-002444

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax