# United States District Court
# Western District of Washington

MICROSOFT CORPORATION,

Plaintiff(s)

V.

THE UNITED STATES DEPARTMENT OF JUSTICE, and
LORETTA LYNCH, in her official capacity as Attorney
General of the United States,

Defendant(s)

Case Number:     2:16-cv-00538-JLR

APPLICATION FOR LEAVE TO APPEAR
PRO HAC VICE

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington,

Michael A. Sussmann                                           hereby applies for permission to appear

and participate as counsel in the above entitled action on behalf of the following party or parties:

Amicus Curiae Twitter, Inc.

The particular need for my appearance and participation is:

To represent Twitter Inc. as amicus curiae.

I,            Michael A. Sussmann              understand that I am charged with knowing and

complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association;
and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: September 2, 2016            Signature of Applicant:  s/ Michael A. Sussmann

Pro Hac Vice Attorney
Applicant's Name:     Michael A. Sussmann

Law Firm Name:     Perkins Coie LLP

Street Address 1:     700 13th Street, N.W.

Address Line 2:     Suite 600

City:   Washington          State: District of Columb  Zip:    20005-3960

Phone Number w/ Area Code          202-654-6333          Bar # 433100     State   District of Columbia

Primary E-mail Address:     msussmann@perkinscoie.com     Secondary E-mail Address:

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the

applicant   Michael A. Sussmann                          is unable to be present upon any date

assigned by the court.

 Date:        September 2, 2016     Signature of Local Counsel:  s/ Hayley L. Berlin


Local Counsel's Name:   Hayley L. Berlin                                    Bar # 43566

Law Firm Name:   Perkins Coie LLP

Street Address 1:   1201 Third Ave.

Address Line 2:   Suite 4900

City:   Seattle          State: Washington     Zip:   98101-3099

Phone Number w/ Area
Code  Example: 999-999-9999         206-359-8000

# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1.   The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2.   The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11.  Therefore, you are responsible for protecting and securing this password against unauthorized use.

3.   If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court.  Members of the court's systems staff will assess the risk and advise you accordingly.

4    By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons. This provision *does* include electronic notice of the entry of an order or judgment.

5.   You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system.  You will continue to need a PACER login, in addition to the court-issued password.  You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

6.   By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

s/Michael A. Sussmann                                                                                          September 2, 2016
         **Signature**  (use an "s/" and type your name)                                               **Date Signed**