# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON (SEATTLE)

**MICROSOFT CORPORATION; Initial Plaintiff,**

**LISA F. WALLACE,** a developmentally disabled person,
by and through her brother, **STEPHEN P. WALLACE;**
**STEPHEN P. WALLACE,** individually; and as **PRIVATE
ATTORNEY GENERAL** for all Interested Parties similarly situated,
<u>*Additional Victim Plaintiffs*</u>,

v.

**UNITED STATES DEPARTMENT OF JUSTICE;**
**US ATTORNEY GENERAL LORETTA LYNCH;** Initial Defendants

**FISA US JUDGE CLAIRE V. EAGAN;** <Bivens Act>
**US JUDGE GREGORY K. FRIZZELL;** <Bivens Act>
**US SENATOR JAMES M. INHOFE;** <Bivens Act>
<u>*Additional Predicate/Predator Actors, and John Does not yet named.*</u>

FILED / LOGED / RECEIVED   **MAIL**

**SEP 15 2016**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

**CASE NO. 16-cv-00538**
Hon. James L. Robart

## <u>EMERGENCY MOTIONS TO VACATE AUGUST 29, 2016 ORDER (Dkt.#46) PURSUANT TO FRCP RULE 60(b) AND UNDER EXTRAORDINARY CIRCUMSTANCES; TO BIFURCATE & FOR RECUSAL WITH VERIFIED BRIEF IN SUPPORT</u>

1 That *Movants/Victims*, Lisa & Stephen Wallace, filed their Motion To Intervene on <u>May 12, 2016</u>, (Dkt.#12) "UNDER BIVENS CLAIMS", for <u>Unlawful Surveillance, Oppression & Duress</u>, **"under color of Law"**. (enclosed)

2 That under FRCP, *Emergency Motions* shall be adjudicated within **(72 hours)** unless objected to.

3 That on <u>May 27, 2016</u>, Movants/Victims filed their Emergency Motion for Extension To Secure Competent Counsel, as "none to Date" had agreed due to the judicial/political tyranny that would be covertly levied by Actors, **"under color of Law"**. (Dkt.#18)

4 That on <u>May 31, 2016</u>, Plaintiff Microsoft's counsel filed his Response "Objecting" to Movant's Emergency Motion To Intervene (Dkt.#19).

5 That on <u>June 1, 2016</u>, the Court timely Granted Movants/Victims Extension (Dkt.#19(b)).

6 That on <u>June 23, 2016</u>, Movants/Victims filed their "Supplement/Amended Memorandum" per Court ORDER (Dkt.#32), with **"specificity & particularity"** detailing **"Predicate/Predator Actors & their covert HANDLERS Unlawful Surveillance; Attempted Murder their RICO ENTERPRISES"**.

7 That under FRCP for Extraordinary Circumstances *concerning Life & Death* pending for VICTIM, **Lisa F. Wallace**, having "*verified*" *Actual Knowledge & Judicial Notice*, the Court had a *Duty* under *Oath of Office* to "timely adjudicate", as Predicate/Predator Actors, et al., had intentionally and maliciously inflicted Lisa's "**FAILURE TO THRIVE & PERCEIVED ABANDONMENT**". (enclosed)

8 That on June 29, 2016, Movants/Victims filed their "verified" NOTICE of SPOLIATION, and again their "Emergency Motion For The Court To Grant Victim's Relief Sought" in (Dkt.#32). (enclosed)

9 That to the Date of the August 29, 2016, ORDER (Dkt.#46), MICROSOFT through its counsel; the USDOJ & US AG Lynch; and the COURT "continued to NOTICE Movant/Victims of *All Pleadings* filed as Necessary Interested Parties". (enclosures)

10 That on August 25, 2016, Wallace confirmed that the August 24, 2016 Fed Ex, containing the new Original Proceeding; Civil Cover Sheet; Summons w/ Complaint; and [$400 Bank of America] Money Order, had been "expropriated by Predicate/Predator Actors, et al.", thus "Denied Filing", compelling Wallace to "***re-send directly to Judge Robart's Chambers***" via UPS, with another $400 personal check; Letter and ***Criminal Charges upon Actors*** for their interstate "compounding of felonies, under covert color of Law". (enclosures)

11 That on August 30, 2016, Movant/Victims filed their **Verified Criminal Charges** with the Seattle FBI, compelling Actor's "STALKERS" whom covertly followed Victim to the UPS to deliver FILINGS & both [$400] Filing Fees to the Clerk who returned (1) separately on August 31, 2016. (enclosures)

12 That on September 2, 2016, Judge Robart had Movants/Victims Criminal Charges "Strickened" (Dkt.#47) from the RECORD after "*irrefutable Evidence with specificity & particularity*". (enclosed)

WHEREFORE, Movant/Victims timely File their "**EMERGENCY MOTIONS under FRCP Rule 60(b)**":
  A) The Court to Vacate the August 29, 2016 ORDER "For Good Cause Shown & In An Abundance of Caution Under the Verified Extraordinary Circumstances of RECORD;
  B) The Court to BIFURCATE Movants/Victims CASE pending without a Ruling nor Objection since June 23, 2016 (Dkt.#32;
  C) Judge Robart to Recuse from the Bifurcated CASE for "deviations from timely EMERGENCY Rulings", ***particularly after multiple Notice's of Lisa's Terminal Condition pending***.
  cc: Davis Wright & Tremaine & USDOJ
  Via UPS                         **AFFIDAVIT**                         */s/ Stephen P. Wallace*
  I swear/affirm the above is true & correct under penalty of perjury.  */s/ Stephen P. Wallace*

State of Illinois
County of Kane
Stephen P. Wallace ~~appeared before me~~ this 12th day of September 2016, and swore/signed this Affidavit.

OFFICIAL SEAL
LEE BLAKLEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/07/17

_____
Not~~ary~~ Public

Case 2:16-cv-00538-JLR   Document 91   Filed 09/15/16   Page 4 of 5

# Nasogastric intubation

From Wikipedia, the free encyclopedia

**Nasogastric intubation** is a medical process involving the insertion of a plastic tube (**nasogastric tube** or **NG tube**) through the nose, past the throat, and down into the stomach. **Orogastric intubation** is a similar process involving the insertion of a plastic tube (**orogastric tube**) through the mouth, past the throat, and down into the stomach.

**Nasogastric intubation**

*Intervention*



Stomach tube (Levin type), 18 Fr × 48 in (121 cm)

**ICD-9-CM** 96.07 (http://icd9cm.chrisendres.com /index.php?srchtype=procs& srchtext=96.07&Submit=Search& action=search), 96.6 (http://icd9cm.chrisendres.com /index.php?srchtype=procs& srchtext=96.6&Submit=Search& action=search)

## Contents

- 1 Uses
- 2 Types
- 3 Technique
- 4 Contraindications
- 5 Complications
- 6 See also
- 7 References

## Uses

A nasogastric tube is used for feeding and administering drugs and other oral agents such as activated charcoal. For drugs and for minimal quantities of liquid, a syringe is used for injection into the tube. For continuous feeding, a gravity based system is employed, with the solution placed higher than the patient's stomach. If accrued supervision is required for the feeding, the tube is often connected to an electronic pump which can control and measure the patient's intake and signal any interruption in the feeding.

Nasogastric aspiration (suction) is the process of draining the stomach's contents via the tube. Nasogastric aspiration is mainly used to remove gastric secretions and swallowed air in patients with gastrointestinal obstructions. Nasogastric aspiration can also be used in poisoning situations when a potentially toxic liquid has been ingested, for preparation before surgery under anaesthesia, and to extract samples of gastric liquid for analysis.

If the tube is to be used for continuous drainage, it is usually appended to a collector bag placed below the level of the patient's stomach; gravity empties the stomach's contents. It can also be appended to a suction system, however this method is often restricted to emergency situations, as the constant suction can easily damage the stomach's lining. In non-emergent situations, intermittent suction may be applied giving the benefits of suction without the untoward effects of damage to the stomach lining.

Suction drainage is used for patients who have undergone a pneumonectomy in order to prevent anesthesia-

```
MIME-Version:1.0
From:ECF@wawd.uscourts.gov
To:ECF@wawd.uscourts.gov
Bcc:
--Case Participants: Alex Abdo (aabdo@aclu.org), Alexander Adelman Berengaut
(aberengaut@cov.com), Emily Chiang (echiang@aclu-wa.org, emilychiang1@yahoo.com),
Ambika K Doran (ambikadoran@dwt.com, lesleysmith@dwt.com, seadocket@dwt.com), James
McMackin Garland (jgarland@cov.com), Katharine Reams Goodloe (kgoodloe@cov.com),
Laura R. Handman (laurahandman@dwt.com, marnishapiro@dwt.com), Stephen M. Rummage
(jeannecadley@dwt.com, seadocket@dwt.com, steverummage@dwt.com), Eliza Sweren-Becker
(bkaufman@aclu.org, esweren-becker@aclu.org, ptoomey@aclu.org), Judge James L.
Robart (robartdocs@wawd.uscourts.gov)
--Non Case Participants: Michael A Scarcella (mscarcella@alm.com), Mike Swift
(miller@mlex.com, notifications@mlex.com, swift@mlex.com)
--No Notice Sent:

Message-Id:<6164547@wawd.uscourts.gov>
Subject:Activity in Case 2:16-cv-00538-JLR Microsoft Corporation v. United States
Department of Justice et al    Set/Reset Motion Noting Date (Public Entry; notice to parties)
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### United States District Court for the Western District of Washington

### Notice of Electronic Filing

The following transaction was entered on 6/1/2016 at 2:12 PM PDT and filed on 6/1/2016

**Case Name:**  Microsoft Corporation v. United States Department of Justice et al
**Case Number:**  2:16-cv-00538-JLR
**Filer:**
**Document Number:** No document attached



**Docket Text:**
**The court GRANTS Stephen P. Wallace's motion for an extension [18] and DIRECTS the Clerk to re-note Mr. Wallace's motion to intervene [12] for June 24, 2016. Mr. Wallace's reply memorandum in support of his motion to intervene is due by June 24, 2016. (docket entry mailed to Stephen P. Wallace) (CC)**



**2:16-cv-00538-JLR Notice has been electronically mailed to:**