# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON (SEATTLE)

**MICROSOFT CORPORATION; Initial Plaintiff,**

**LISA F. WALLACE**, a developmentally disabled person, by and through her brother, **STEPHEN P. WALLACE**; **STEPHEN P. WALLACE**, individually; and as **PRIVATE ATTORNEY GENERAL** for all Interested Parties similarly situated, <u>*Additional Victim Plaintiffs*</u>,

v.

**CASE NO. 16-cv-00538**
Hon. James L. Robart

**UNITED STATES DEPARTMENT OF JUSTICE;**
**US ATTORNEY GENERAL LORETTA LYNCH; Initial Defendants**

**FISA US JUDGE CLAIRE V. EAGAN;** <Bivens Act>
**US JUDGE GREGORY K. FRIZZELL;** <Bivens Act>
**US SENATOR JAMES M. INHOFE;** <Bivens Act>
<u>*Additional Predicate/Predator Actors, and John Does not yet named.*</u>

## EMERGENCY MOTION FOR CHIEF JUDGE MARTINEZ TO COMPEL JUDGE ROBART TO RULE ON THE EMERGENCY MOTIONS TO VACATE; BIFURCATE & RECUSAL, SUA SPONTE

VICTIM PLAINTIFFS move Chief Judge Martinez to compel Judge Robart to RULE, per FRCP Rules and per Judge Robart's DUTY & OATH of OFFICE.

Respectfully submitted,

*Stephen Wallace*

1116 Sheffer Road Apt. F
Aurora, Illinois 60505

Via UPS
Cc: All Interested Parties

100% Recycled fiber
80% Post-Consumer

SHIP TO:
STEPHEN WALLACE
(847) 826-8506
1116 SHEFFER ROAD, APT F
AURORA IL 60505

CHIEF JUDGE MARTINEZ CHAMBERS
US DISTRICT COURT
700 STEWART STREET
SEATTLE WA 98101

1.0 LBS     LTR      1 OF 1

UPS NEXT DAY AIR SAVER    1P
TRACKING #: 1Z A1E 252 13 5470 3150

WA 981 9-03

BILLING: P/P

WS 18.0.35 Zebra  ZP 450 78.0A 07/2016

UPS Worldwide Express™
UPS 2nd Day Air®

Apply shipping documents for:

Do not use this envelope for:

UPS Ground
UPS Standard
UPS 3 Day Select®
UPS Worldwide Expedited®

Serving you for more than 100 years
United Parcel Service.




010195101  4/14 PAC United P