The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>             Plaintiff,<br><br>     v.<br><br>THE UNITED STATES DEPARTMENT OF JUSTICE, and JEFFERSON B. SESSIONS, III, in his official capacity as Attorney General of the United States,<br><br>             Defendants. | No.  16-cv-00538 - JLR<br><br>STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULE<br><br>*Noted for Consideration:*<br>March 14, 2017 |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Civil Rule 10(g), plaintiff Microsoft Corporation ("Microsoft") and defendants The United States Department of Justice and Jefferson B. Sessions, III, in his official capacity as Attorney General (collectively, "Federal Defendants"), by and through their attorneys of record, stipulate to the Court's entry of the proposed Order set forth below.

In support of this request, the parties represent the following to the Court:

1.      Microsoft filed this action on April 14, 2016, and filed an Amended Complaint [Dkt. 28] on June 17, 2016.

2.      On October 26, 2016, the Court entered its Minute Order Setting Trial Dates and Related Dates [Dkt. 99].  That Minute Order set a bench trial date of December 11, 2017.

STIPULATION AND ORDER (No. 16-cv-00538-JLR) - 1
4837-6124-2436v.2 0025936-002444

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

3.    On February 8, 2017, the Court entered its Order on Motion to Dismiss [Dkt. 107], granting in part and denying in part the Federal Defendants' Motion to Dismiss.

4.    Pending the Court's disposition of the Motion to Dismiss, the parties held discovery in abeyance, pursuant to the agreement embodied in the Joint Status Report. *See* Joint Status Report and Discovery Plan [Dkt. 93] 2:10-13.  In that same Report, the parties represented that they sought "a discovery period of approximately six months, beginning within 30 days of the Court's decision on Defendants' motion to dismiss[.]" *Id.* 5:6-9.

5.    In light of the foregoing, and in light of scheduling conflicts for counsel that have arisen since the filing of the Joint Status Report, the parties request a slight modification in the bench trial date and intervening dates established in the Court's Minute Order.  The proposed modifications would extend the discovery cutoff by approximately six weeks, extend the interval between the discovery cutoff and the trial date by approximately one month (to allow more time for the Court to address anticipated cross-motions for summary judgment), and extend the trial date by almost three months.  The parties therefore jointly propose to the Court the following adjustments to the dates previously ordered by the Court:

| Event | Existing Deadline | Proposed Deadline |
|---|---|---|
| **BENCH TRIAL DATE (5 days)** | December 11, 2017 | March 5, 2018 |
| Deadline for amending pleadings | June 14, 2017 | July 14, 2017 |
| Disclosure of expert testimony under FRCP 26(a)(2) | June 14, 2017 | July 14, 2017 |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | July 14, 2017 | August 25, 2017 |
| Discovery completed by | August 14, 2017 | September 29, 2017 |
| All dispositive motions and motions challenging expert testimony must be filed by (*see* LCR 7(d)) | September 12, 2017 | October 26, 2017 |
| Settlement conference deadline | October 12, 2017 | December 8, 2017 |
| Deadline for Motions in Limine | October 30, 2017 | January 22, 2018 |

STIPULATION AND ORDER (No. 16-cv-00538-JLR) - 2
4837-6124-2436v.2 0025936-002444

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| Agreed Pretrial Order Due | November 20, 2017 | February 12, 2018 |
| Deposition Designations submitted to the court (*see* LCR 32(e)) | November 22, 2017 | February 16, 2018 |
| Pretrial conference | November 27, 2017 | February 19, 2018 |
| Trial briefs, proposed findings of fact and conclusions of law | December 4, 2017 | February 26, 2018 |

6. Based on the foregoing, the parties respectfully request that the Court enter the Order set forth below, approving the requested scheduling revision.

DATED this 14th day of March, 2017.

Davis Wright Tremaine LLP
Attorneys for Microsoft Corporation

By *s/ Ambika K. Doran*
   Stephen M. Rummage, WSBA #11168
   Ambika K. Doran, WSBA #38237
   1201 Third Avenue, Suite 2200
   Seattle, WA  98101-3045
   Phone: 206-622-3150, Fax: 206-757-7700
   E-mail: steverummage@dwt.com
   E-mail:  ambikadoran@dwt.com

Laura Handman (*pro hac vice*)
Davis Wright Tremaine LLP
1919 Pennsylvania Ave NW #800,
Washington, DC 20006
Phone: (202) 973-4200, Fax: (202) 973-4429
E-mail: laurahandman@dwt.com

James M. Garland (*pro hac vice*)
Alexander A. Berengaut (*pro hac vice*)
Katharine R. Goodloe (*pro hac vice*)
Covington and Burling LLP
One CityCenter
850 10th St., N.W.
Washington, DC 20001
Phone: (202) 662-6000, Fax: (202) 662-6291
Email: jgarland@cov.com,
aberengaut@cov.com, kgoodloe@cov.com

Bradford L. Smith
David M. Howard
Jonathan Palmer
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052

*Attorneys for Microsoft Corporation*

STIPULATION AND ORDER (No. 16-cv-00538-JLR) - 3
4837-6124-2436v.2 0025936-002444

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
ANNETTE L. HAYES
United States Attorney
KERRY J. KEEFE
Civil Chief, Assistant United States Attorney
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

By *s/ Eric J. Soskin*
   Eric J. Soskin, PA Bar #200663
   Jennie Kneedler, DC Bar #500261
   U.S. Department of Justice
   Civil Division, Federal Programs Branch
   P.O. Box 883
   Washington, D.C. 20044
   Tel:  (202) 353-0533
   Fax:  (202) 616-8470
   Email:  Eric.Soskin@usdoj.gov
   Email:  jennie.l.kneeder@usdoj.gov

*Attorneys for Federal Defendants*

### ORDER

Based on the foregoing Stipulation, the Court VACATES the deadlines set forth in the Minute Order Setting Trial Dates and Related Dates [Dkt. 99].  The Court further ORDERS that the parties shall adhere to the revised deadlines set forth above.

IT IS SO ORDERED.

DATED this _____ day of _____, 2017.

_____
Hon. James L. Robart
United States District Judge

Presented by:

Davis Wright Tremaine LLP
Attorneys for Microsoft Corporation

By *s/ Ambika K. Doran*
Stephen M. Rummage, WSBA #11168
Ambika K. Doran, WSBA #38237

STIPULATION AND ORDER (No. 16-cv-00538-JLR) - 4
4837-6124-2436v.2 0025936-002444

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

DATED this 14th day of March, 2017.

> Davis Wright Tremaine LLP
> *Attorneys for Microsoft Corporation*
>
> By *s/ Ambika K. Doran*
> Stephen M. Rummage, WSBA #11168
> Ambika K. Doran, WSBA #38237
> 1201 Third Avenue, Suite 2200
> Seattle, Washington  98101-3045
> Telephone:  (206) 622-3150
> Fax:  (206) 757-7700
> E-mail:  steverummage@dwt.com
> E-mail:  ambikadoran@dwt.com

STIPULATION AND ORDER (No. 16-cv-00538-JLR) - 5
4837-6124-2436v.2 0025936-002444

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax