The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF JUSTICE, and JEFFERSON B. SESSIONS, III, in his official capacity as Attorney General of the United States,<br><br>Defendants. | No. 16-cv-00538 - JLR<br><br>[~~PROPOSED~~] ORDER GRANTING MICROSOFT CORPORATION'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL<br><br>*Noted for Consideration:*<br>October 24, 2017 |

This matter came before the Court on Microsoft Corporation's unopposed motion for voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

Defendants do not oppose Microsoft's motion.

Accordingly, the Court GRANTS Microsoft's motion and dismisses this lawsuit pursuant to Fed. R. Civ. P. 41(a)(2) without prejudice and without fees or costs to any party.

The Court directs the Clerk to enter judgment accordingly.

DATED this 25th day of October, 2017.

_____
Hon. James L. Robart
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO DISMISS (No. 16-cv-00538-JLR) - 1
4811-8119-1506v.2 0025936-002444

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1  Presented by:

2  Davis Wright Tremaine LLP
   Attorneys for Microsoft Corporation
3
   By *s/ Stephen M. Rummage*
4      Stephen M. Rummage

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING UNOPPOSED
MOTION TO DISMISS (No. 16-cv-00538-JLR) - 2
4811-8119-1506v.2 0025936-002444

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax